# United States District Court

## DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**

v.

**JAIMIE J. BEEBE**  **CRIMINAL COMPLAINT**

**CASE NUMBER:** 14-mj-01148-MJW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief: On or about the dates indicated in Attachment A hereto, incorporated by reference, in the State and District of Colorado, and elsewhere, the defendant did:

See Attachment A attached hereto and incorporated by reference

in violation of Title 18, United States Code, Sections 1343 and 371.

I further state that I am a <u>Special Agent of the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

See Affidavit attached hereto as Attachment B and incorporated herein by reference

Continued on the attached sheet and made a part hereof:   ☒  Yes        ☐  No

s/*Kristen Varel*
Signature of Complainant - SA Kristen Varel, FBI

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

December 10, 2014          at   Denver, Colorado
Date                                       City and State

Michael J. Watanabe                         *[signature]*
Name and Title of Judicial Officer     Signature of Judicial Officer