(Rev. 03/07)

DEFENDANT: Jaime J. Beebe
YOB: 1972
ADDRESS: Albuquerque, New Mexico

COMPLAINT FILED? _____ YES   \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_\_\_ YES   \_\_X\_\_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: Wire Fraud
18 U.S.C. § 1343

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, Colorado and elsewhere

PENALTY: Wire Fraud
NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

AGENTS:

Kristen Varel, Special Agent
Federal Bureau of Investigation
Denver, CO

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   \_\_X\_\_ over five days   _____ other

THE GOVERNMENT

\_\_X\_\_ will seek detention in this case   _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE: _____ Yes   \_\_X\_\_ No