# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 22, 2014

United States District Court
District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DEC 30 2014
JEFFREY P. COLWELL
CLERK

Re:   United States of America v. Jaimie J. Beebe
      Your Case No. 14cr161 REB
      New Mexico Case No. 14mj4091

To Whom it May Concern:

The above numbered case has been ordered removed to your District pursuant to a Commitment Order by this Court. Jaimie J. Beebe appeared in our district, waived identity, and was committed to your district for further proceedings.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of this letter by returning the enclosed copy to this district.

Sincerely,

MATTHEW J. DYKMAN, Clerk

Enclosure

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 18 2014
MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jaimie J. Beebe | ) | Case No. 14-MJ-4091 |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 14-CR-161 REB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of **Colorado**,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  12/18/2014

_____
*Judge's signature*

Steven C. Yarbrough, United States Magistrate Judge
*Printed name and title*