# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.  14-CR-00161-REB-2

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**JAIMIE J. BEEBE**,

       Defendant.

_____

## ENTRY OF APPEARANCE
_____

COMES NOW, David L. Owen, Jr., pursuant to CJA appointment and D.C.COLO.LCrR 44.1(A), and enters his appearance for all purposes in the above-captioned case.

       Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

Tonya Shotwell Andrews - Tonya.Andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jaimie J. Beebe - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant