**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JAIME J. BEEBE,
     a/k/a Jaime J. Greene,
     a/k/a Robert Perello,
     a/k/a Bobby Perello,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte.* On February 12, 2015, the court conducted a telephonic setting conference with counsel to set a motion hearing. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That the court shall conduct a hearing on **Defendant Beebe's Unopposed Motion To Declare Case Complex, Vacate Current Deadlines and Trial Date, and To Exclude 180 Days from the Speedy Trial Computations** [#51][2] filed January 23, 2015, on **February 19, 2015, at 3:30 p.m.**; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 12, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.