IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:				February 19, 2015

Deputy Clerk:		Kathleen Finney
Court Reporter:		Tracy Weir

**Criminal Action No.  14-cr-00161-REB-2**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| 2.  JAIMIE J. BEEBE,<br>  a/k/a Jaime J Greene,<br>  a/k/a Robert Perello,<br>  a/k/a Bobby Perello, | David Owen |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing on #51**

**3:36 p.m.     Court in session.**

Appearances of counsel.  Seated at government's table is FBI Special Agent Kristen Varel.

Defendant is present in custody.

Opening statements by the court.  Now pending before the court relevant to this hearing is the **Defendant Beebe's Unopposed Motion to Declare Case Complex, Vacate Current Deadlines and Trial Date, and to Exclude 180 Days from the Speedy Trial Computations** [#51] filed January 23, 2105.

Argument by Mr. Owen.

Argument by Mr. Harmon.

Court's findings of fact, conclusions of law, and orders.

>    **IT IS ORDERED** as follows:

1. That the **Defendant Beebe's Unopposed Motion to Declare Case Complex, Vacate Current Deadlines and Trial Date, and to Exclude 180 Days from the Speedy Trial Computations** [#51] is **GRANTED**, insofar as consistent with the foregoing findings and conclusions and the following orders;

2. That the time from January 23, 2015, through and including April 24, 2015, is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That the trial preparation conference set February 27, 2015, is **vacated** and **continued** pending further order;

4. That the trial by jury set to commence March 9, 2015, is **vacated** and **continued** pending further order;

5. That a status conference is set **April 17, 2015**, commencing at **9:00 a.m.** (MDT), at which the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

6. That the Trial Preparation Conference Order [#50] entered January 23, 2015, is revised accordingly; and

7. That the defendant is remanded to the custody of the United States Marshal for continued detention.

**4:03 p.m.     Court in recess.**

Total time in court: 00:27

Hearing concluded.