**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:              April 17, 2015

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir

---

**Criminal Action No.  14-cr-00161-REB-2**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Kenneth Harmon

     Plaintiff,

v.

2.  JAIME J. BEEBE,                     David Owen

     Defendant.

---

**COURTROOM MINUTES**

---

**Status Conference**

**9:08 a.m.      Court in session.**

Appearances of counsel. Also at government's table is FBI Special Agent Kristen Varel.

Defendant is present in custody.

Opening statements by the court.

Statement by Mr. Owen.  Defendant requests an additional 120 days to be excluded from speedy trial.

Statement by Mr. Harmon.

Court's findings of fact, conclusions of law, and orders.

     **IT IS ORDERED** as follows:

1. That the defendant's oral motion to exclude an additional 120 days from the time for a speedy trial is **GRANTED**;

2. That the time from, April 24, 2015, through and including August 24, 2015, is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That a status conference is set **August 21, 2015**, commencing at **9:00 a.m.** (MDT), at which the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

4. That the Trial Preparation Conference Order [#50] entered January 23, 2015, is revised accordingly; and

5. That the defendant is remanded to the custody of the United States Marshal for continued detention.

**9:29 a.m.      Court in recess.**

Total time in court: 00:21

Hearing concluded.