IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            August 21, 2015

Deputy Clerk:    Kathleen Finney
Court Reporter:  Tracy Weir

**Criminal Action No.  14-cr-00161-REB-2**

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Kenneth Harmon

     Plaintiff,
v.

2.  JAIME J. BEEBE,                          David Owen

     Defendant.

## COURTROOM MINUTES

**Status Conference**

**9:05 a.m.     Court in session.**

Appearances of counsel. Also at government's table is FBI Special Agent Kristen Varel.

Defendant is present in custody.

Opening statements by the court.

Statement by Mr. Owen.  Defendant requests a second additional 120 days to be excluded from speedy trial.

Response and statement by Mr. Harmon.

Reply by Mr. Owen.

Court's findings of fact, conclusions of law, and orders.

  **IT IS ORDERED** as follows:

1. That the defendant's oral motion to exclude an additional 120 days from the time for a speedy trial is **GRANTED**;

2. That the time from, August 24, 2015, through and including December 22, 2015, is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That a status conference is set **December 18, 2015**, commencing at **9:00 a.m.** (MST), at which counsel and the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

4. That a trial preparation conference is set **January 29, 2016**, commencing at **1:15 p.m.** (MST), at which counsel and the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

5. That a trial by jury is set to commence **February 1, 2016**, at **8:30 a.m.** (MST), with the court reserving 15 trial days for purposes of trial, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

6. That the Trial Preparation Conference Order [#50] entered January 23, 2015, is revised accordingly, but may be supplanted and superseded by a second trial preparation conference order at the discretion of the court; and

7. That the defendant is remanded to the custody of the United States Marshal for continued detention.

Statement by Mr. Owen regarding documents of defendant.

Response by Mr. Harmon.

  **IT IS FURTHER ORDERED** as follows:

8. That a protective order is entered limiting review and use of such papers

for purposes of prosecution of this case and for no other purpose.

**9:39 a.m.     Court in recess.**

Total time in court: 00:34

Hearing concluded.