**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00161-REB(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIME J. BEEBE,
   a/k/a Jaime J. Greene,
   a/k/a Robert Perello,
   a/k/a Bobby Perello,
   a/k/a Robert Visconti,
   a/k/a Anthony Caramanna,

    Defendants.

_____

**JOINT MOTION FOR THE SCHEDULING OF A MOTIONS
DEADLINE AND HEARING**
_____

    The government, through undersigned counsel, and Defendant Jaime J. Beebe, through counsel David L. Owen, Jr., respectfully request that the Court set a motions deadline and hearing in this case. In support, the parties state as follows:

    1.    On August 21, 2015, the parties convened for a status conference. At that time, the Court granted the defendant's oral motion to exclude an additional 120 days from the speedy trial calculation. The Court thereafter set a status conference on December 18, 2015, at 9:00 a.m., and a trial preparation conference on January 29, 2016, at 1:15 p.m. Trial is scheduled to commence on February 1, 2016, at 8:30 a.m. Doc. 97.

    2.    After consultation, the parties request that all pretrial motions be filed by November 24, 2015, and all responses be filed by December 11, 2015.

3.  In addition, the parties respectfully request that a hearing on the motions, if necessary, occur during the status conference scheduled for December 18, 2015, or at another time convenient to the Court.

Respectfully submitted this 15th day of October, 2015.

By: *s/Kenneth M. Harmon*
KENNETH M. HARMON
MARTHA A. PAULCH
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
E-mail: Kenneth.Harmon@usdoj.gov
Martha.Paluch@usdoj.gov
Attorneys for the Government

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Scott T. Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com

                                        s/ *Mariah Tracy*
                                        MARIAH TRACY
                                        Legal Assistant
                                        U.S. Attorney's Office
                                       1225 17th St., Suite 700
                                       Denver, CO 80202
                                       Telephone: (303) 454-0100
                                       Fax: (303) 454-0401
                                       e-mail: Mariah.Tracy@usdoj.gov