**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JAIME J. BEEBE,
        a/k/a Jaime J. Greene,
        a/k/a Robert Perello,
        a/k/a Bobby Perello,
        a/k/a Robert Visconti,
        a/k/a Anthony Caramanna,

      Defendant.

**MINUTE ORDER**[1]

      The matter is before the court on the **Joint Motion for the Scheduling of a Motions Deadline and Hearing** [#109][2] filed October 15, 2015.  After careful review of the motion and the file, the court concludes that the motion should be granted as to defendant Beebe.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Motion for the Scheduling of a Motions Deadline and Hearing** is granted as to defendant Beebe;

      2.  That all non-CJA[3] pretrial motions shall be filed by November 24, 2015;

      3.  That a response to a corresponding pretrial motion shall be filed by December 11, 2015;

      4.  That any motion that the court determines should be heard shall be heard during the status conference now set December 18, 2015, at 9:00 a.m. (MST); and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#109]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

[3] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

   5.  That the **Joint Motion for the Scheduling of a Motions Deadline and Hearing** is denied as moot as to defendant Geoffrey H. Lunn.

  Dated:  October 15, 2015