# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No:

**UNITED STATES OF AMERICA,**
                             Plaintiff,

v.

**2. JAMIE J. BEEBE,**
                   Defendant.

---

## DEFENDANT BEEBE'S MOTION FOR NOTICE OF
## FRE 404(B), 405, 406, 608 AND RES GESTAE EVIDENCE

---

Comes now, Jamie J. Beebe, by and through his attorney of record, David L. Owen, Jr., and respectfully requests this Court to direct the Government to disclose to Mr. Beebe at least 60 days prior to trial any evidence of the below listed types that it intends to introduce against Mr. Beebe. In support thereof counsel states as follows:

1)     Rule 404(b) of the Federal Rules of Evidence permits the introduction of  crimes, wrongs, or other acts of the defendant into evidence if this evidence meets certain permitted uses such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. FRE 404(b)(2)()A) states advance notice must be given of the evidence the prosecutor intends to introduce pursuant to 404(b).

2)    The Discovery Conference Memorandum (Doc 49) provides for 21 days

Page 1 of  4

notice for FRE 404(b) evidence. However, this case is far more complex and the potential other acts evidence against Mr. Beebe could include witness intimidation, allegations of other wire fraud activity and possible allegations of murder. Becasue of the complexity of the case, the need to investigate other bad acts, and the defendant's need to fully and fairly address such evidence, it is requested that the government notify the defense if it intends to introduce any of the above referenced types of evidence at least 60 days prior to trial.

3)    Rule 405 provides for the admission of relevant specific instances of the person's conduct if the person's character or character trait is an essential element of the charge, claim or defense.

4)    Rule 406 permits admission of the defendant's habits which may be based on acts not charged in the indictment.

5)    Rule 608 authorizes admission of opinion or reputation evidence, not alleged in the Indictment, concerning the defendant's character for truthfulness.

6)    Use of *res gestae* evidence is permitted "when it provides the context for the crime, is necessary to a full presentation of the case, or is appropriate in order to complete the story of the crime on trial by proving its immediate context of the *res gestae*." United States v. Kimball, 73 F.3d 269, 272 (10th Cir. 1995).

7)    The Due Process clause of the Fourteenth Amendment included the concept of notice and the opportunity to be heard. Notice for acts not charged in the Indictment should be no less than those contained in the Indictment if those acts are

utilized to obtain a conviction. The defense may be entitled to suppress the evidence if it was obtained illegally or is more prejudicial than probative pursuant to Rule 403. Depending on the type of evidence the defense may need to file subsequent discovery motions, issue subpoena duces tecums and interview and subpoena witnesses, all of which takes considerable time and may require a continuance if not enough time is allotted to meet the evidence.

8)     Trial strategy, as well as potential voir dire questions, may require a different approach to address such character evidence.

Wherefore the reasons stated above, Mr. Jamie J. Beebe respectfully requests this Court to direct the Government to disclose to Mr. Beebe at least 60 days prior to trial any evidence of the below listed types that it intends to introduce against Mr. Beebe.

Respectfully submitted this 24th day of November, 2015.


/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126
(303) 993-7092
(303) 265-9202 - Fax
Attorney for Defendant
Jamie Beebe

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing

**DEFENDANT BEEBE'S MOTION FOR NOTICE OF FRE 404(B), 405, 406, 608**

**AND RES GESTAE EVIDENCE** with the Clerk of Court using the CM/ECF system

which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the

following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated

by the non-participant's name:

Jaimie J. Beebe - hand delivered


/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
Fax : (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant