IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:

**UNITED STATES OF AMERICA,**
                      Plaintiff,

v.

**2. JAMIE J. BEEBE,**
                      Defendant.

---

## MOTION FOR EXPERT WITNESS DISCLOSURE

---

Comes now, Jamie J. Beebe, by and through his attorney of record, David L. Owen, Jr., and respectfully requests this Court for an order requiring the Government to disclose the following information concerning expert witnesses to be used by the government:

1) The names, addresses and qualifications of all witnesses the Government intends to elicit expert opinion testimony at trial. Currently the defense believes the Government will offer expert testimony in the areas of banking, monetary instruments, investment schemes and other areas as yet unknown.

2) The defense also requests any reports and statements made by such experts and a summary of the anticipated expert testimony which shall include a statement of the subject matter of the testimony, the opinion or inference the expert witness will render, and a description of the factual basis for any opinion or

reference.

3) The defense also requests discovery of the underlying facts and data upon which the experts based their opinion.

4) Pursuant to Section V(C) of the January 15, 2015, Discovery Conference Memorandum and Order (Doc 49), written summaries of any expert testimony the government intends to use pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence or Fed.R.Crim.P.16(a)(1)(G) shall be provided on such schedule as the District Court shall determine upon motion by either party.

5) Defendant Jamie J. Beebe respectfully requests disclosure of such materials no later than 60 days prior to trial. This would allow for the scheduling of any possible hearing for a challenge pursuant to *Daubert v. Merrell Dow Pharm., Inc.* 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed. 2d 469 (1993) and *Kumho Tire Co., Ltd. v. Carmichael,* 526 U.S. 137, 1119 S.Ct. 1167, 143 L.Ed. 2d 238 (1999).

Respectfully submitted this 24th day of November, 2015.

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126
(303) 993-7092
Attorney for Defendant
Jamie Beebe

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing **MOTION FOR EXPERT WITNESS DISCLOSURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jaimie J. Beebe - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant