IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:

**UNITED STATES OF AMERICA,**
                        Plaintiff,

v.

**2. JAMIE J. BEEBE,**
                        Defendant.

---

**MOTION FOR PRESERVATION OF TAPES AND NOTES**

---

Comes now, Jamie J. Beebe, by and through his attorney of record, David L. Owen, Jr., and pursuant to Fed.R.Crim.P.12(b) respectfully requests this Court enter an Order directing the Government to preserve for Trial the following tape recordings and notes:

A. The originals of any and all handwritten notes and/or tape recordings of any interviews with persons who will or may be witnesses at trial taken by any law enforcement officers involved in the investigation of this case, regardless of whether or not those notes and/or tape recordings form the basis of subsequent typewritten reports;

B. The originals of any and all handwritten or typed notes and/or tape recordings made in connection with the investigation resulting in the charges in this case by any law enforcement officers involved in the investigation of this case

regardless of whether or not those notes and/or tape recordings form the basis of subsequent typed reports;

C. The originals of any and all handwritten or typed notes and/or tape recordings made in connection with the investigation resulting in the charges in this case by any person who will or may be a witness at trial, regardless of whether or not those notes and/or tape recordings form the basis for subsequent typed reports.

**AS GROUNDS THEREFOR,** Mr. Beebe states as follows:

1. The notes and/or tape recordings described above may prove to be exculpatory within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, requiring disclosure at a later date. Thus, preservation at this time is essential so the Government will be able to comply with any duty to disclose which arises at a later date.

2. The Government has an obligation to preserve all potentially discoverable evidence gathered in the course of a criminal investigation. *United States v. Pollack*, 417 F.Supp. 1332 (D. Mass., 1976), citing *United States v. Bryant*, 493 F.2d 642 (D.C.Cir., 1975). Handwritten notes are encompassed by 18 U.S.C. §3500 as interpreted by *United States v. Harrison*, 524 F.2d 421,422 (D.C. Cir. 1975); *United States v. Harris,* 543 F.2d 1247 (3d Cir. 1977). Accordingly, handwritten notes of interviews with persons who will or may be witnesses and notes made by such persons, are a type of material evidence which the Government must maintain. *United States v. Pollack, supra; United States v. Harrison, supra; United*

*States v. Johnson*, 521 F.2d 1318 (9th Cir. 1976).

**WHEREFORE**, Defendant prays for the relief requested, and for such other and further relief as to the Court sees just and proper in the premises.

Respectfully submitted this 24th day of November, 2015.

<div style="margin-left:3em">

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126
(303) 993-7092
Attorney for Defendant
Jamie Beebe

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing **MOTION FOR PRESERVATION OF TAPES AND NOTES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jaimie J. Beebe - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant