**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No:

**UNITED STATES OF AMERICA,**
                           Plaintiff,

v.

**2. JAMIE J. BEEBE,**
                           Defendant.

**MOTION IN LIMINE #1**

Comes now, Jamie J. Beebe, by and through his attorney of record, David L. Owen, Jr., and pursuant to Fed.R.Crim.P.12(b) and being cognizant of the Court's Criminal Practice Standards, specifically REB Cr. Practice Standard IV.A.1. respectfully requests this Court enter an Order directing the Government to prohibit any witness for the Government from testifying about any suspicion the defendant, Jamie J. Beebe, or any of the other names he is alleged to have used such as: Jamie J. Greene, Robert Perello, Robert Palusczak, Michael Schmidt, Michael Schwartz, Robert Visconti, Micahel Dilallo, and/or Anthony Caramanna, had or may have committed a murder or murders.[1] In support thereof counsel states as follows:

1. On December 16, 2014, a Superseding Indictment was returned charging

---

[1] For the sake of conformity of discussion counsel will not refer to Mr. Beebe by any of the alternative aliases he is alleged to have used throughout this time period.

Mr. Beebe with Conspiracy to Commit Wire Fraud in violation of Title 18 U.S.C. §1343 and §371 and Conspiracy to Transport money taken by fraud in interstate commerce in violation of Title 18 U.S.C. §2314 and §371; with twenty-six (26) counts of violating Title 18 U.S.C. §1343 (Wire Fraud); with eleven (11) counts of violating Title 18 U.S.C. §2314 (Interstate Transportation of Fraudulently Obtained Property) and, Notice of Forfeiture Allegation (Doc 67).

2. The specified unlawful activity stems from Mr. Beebe and co-defendant, Geoffrey Lunn, allegedly defrauding numerous investors of thousands of dollars.

3. Co-defendant, Geoffrey Lunn, alleges he came into information Mr. Beebe had committed murder prior to their introduction to one another and this was the basis of his fear for not telling law enforcement authorities concerning a threat Mr. Beebe made to Mr. Lunn (See Bates SEC 7797 and FBI 2634).

4. This testimony and evidence is irrelevant and immaterial to the charges against Mr. Beebe. Even if determined to be relevant, this testimony and evidence is inadmissible under Fed.R.Evid. 403 which authorizes the exclusion of relevant evidence if the probative value is substantially outweighed by the danger of unfair prejudice.

5. Any ordinary objection made by Mr. Beebe during the course of trial to the presentation of such testimony, even if sustained with proper instructions to the jury, could not remove the prejudicial effect of such evidence and testimony once it has been presented to the jury.

**WHEREFORE**, Mr. Beebe respectfully requests this Court enter an Order In Limine prohibiting any witness from mentioning or introducing testimony or evidence that Mr. Beebe had, or may have, committed murder at any time.

Respectfully submitted this 24th day of November, 2015.

<u>/s/ David L. Owen, Jr.</u>
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126
(303) 993-7092
Attorney for Defendant
Jamie Beebe

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing **MOTION IN LIMINE #1** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jaimie J. Beebe - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Law Office of David L. Owen, Jr. P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant