IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. JAIME J. BEEBE,**

    Defendant.

**MOTION FOR ORDER AUTHORIZING DEFENDANT TO DRESS IN STREET CLOTHING DURING TRIAL**

    Comes Now, Jaime J. Beebe by and through his attorney of record, David L. Owen, Jr., and respectfully moves this Court for an Order authorizing him to wear street clothing during the jury trial scheduled to commence on February 1, 2016.  Should Mr. Beebe attend trial in the clothing provided him through the jail system, the jury could prejudice Mr. Beebe, thereby not affording him his Constitutional rights to a fair and impartial jury panel.  Undersigned counsel or undersigned counsel's paralegal, Wendy S. Anderson, will bring clothes to the U.S. Marshall's office prior to trial.

    **WHEREFORE,** based on the foregoing, defendant Jaime J. Beebe requests an Order authorizing him to wear street clothing during the jury trial.

    DATED this 24th day of November, 2015.

Respectfully submitted,

*/s/ David L. Owen, Jr.*
David L. Owen, Jr.
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Tele:  (303) 993-7092
davidowen@lodopc.com
Attorney for Defendant Beebe

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing

**MOTION FOR ORDER AUTHORIZING DEFENDANT TO DRESS IN STREET CLOTHING DURING TRIAL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jaimie J. Beebe - hand delivered

*/s/ David L. Owen, Jr.*
DAVID L. OWEN, JR.