**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**2. JAMIE JON BEEBE**,

      Defendant.

---

### NOTICE OF DISPOSITION

---

      Notice is hereby given that a plea agreement has been reached in the above captioned case.

      Respectfully submitted,

      <u>/s/ David L. Owen, Jr.</u>
      DAVID L. OWEN, JR. #39669
      Law Office of David L. Owen, Jr.,P.C.
      718 Huntington Place
      Highlands Ranch, CO 80126-4730
      Telephone: (303) 993-7092
      FAX: (303) 265-9202
      davidowen@lodopc.com
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

AUSA Martha Pulach - martha.pulach@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jamie Jon Beebe - hand delivered

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant