IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JAIME J. BEEBE,
       a/k/a Jaime J. Greene,
       a/k/a Robert Perello,
       a/k/a Bobby Perello,
       a/k/a Robert Visconti,
       a/k/a Anthony Caramanna,

    Defendant.

## MINUTE ORDER[1]

A **Notice of Disposition** [#132][2] was filed on December 14, 2015. This order is entered to schedule and coordinate a change of plea hearing.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **January 6, 2016**, at 10:30 a.m. (MST), the court shall conduct a telephonic (non-appearance) setting conference to set this matter for change of plea hearing;

2. That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference; and

3. That the *ex parte* motion hearing set December 16, 2015, is vacated.

Dated:  December 15, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#132]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.