IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JAIME J. BEEBE,
      a/k/a Jaime J. Greene,
      a/k/a Robert Perello,
      a/k/a Bobby Perello,
      a/k/a Robert Visconti,
      a/k/a Anthony Caramanna,

      Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. In light of the filing of the **Notice of Disposition** [#132][2] on December 14, 2015, and the court's **Minute Order** [#133] on December 15, 2015, the court concludes that the status conference set December 18, 2015, should be vacated.

**THEREFORE, IT IS ORDERED** that the status conference set December 18, 2015, is vacated.

Dated: December 15, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#132]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.