IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

          Plaintiff,

v.

2.      JAIME J. BEEBE,

          Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO DEFER AND PERMIT OUT OF TIME FILING OF RESPONSES TO DEFENDANT BEEBE'S PRETRIAL MOTIONS

The United State of America, by and through its undersigned counsel, moves this Court for permission to defer the filing of responses to defendant Beebe's pending pretrial motions, until after conclusion of change of plea proceedings with respect to defendant Beebe, and, should such motions not thereafter be deemed moot, to permit the government to make an out of time filing of responses to the motions.   In support of the motion, the government states as follows:

      1.      On October 15, 2015, the Court entered a Minute Order granting a joint motion by the government and defendant Beebe regarding the scheduling and hearing of remaining pretrial motions in the case against defendant Beebe (DE 113).[1]  The Court directed that non-CJA pretrial motions be filed by November 24, 2015 and that response to the motions be filed by December 11, 2015.   The Court further ordered that any motions that the Court determined necessary of hearing would be heard during a status conference previously set for December 18, 2015 (*id*.).

---

[1]      "DE __" refers to docket entries in this case.

1

2.	On November 24, 2015, defendant Beebe filed the following styled motions in the case: Defendant Beebe's Motion for Notice of FRE 404(b), 405, 406. 608 And Res Gestae Evidence (DE 121); Motion for Expert Witness Disclosure (DE 122); Motion for Preservation of Tapes and Notes (DE 123); Motion In Limine #1 (DE 124); Defendant Jaime J. Beebe's Motion to Allow Attorneys to Examine Prospective Jurors (DE 125); and Motion for Order Authorizing Defendant To Dress In Street Clothing During Trial (DE 126).

3.	The undersigned counsel is the government attorney responsible for responding to these motions and the lead government attorney in the case.

4.	Over the course of the week of December 7, 2015, undersigned government counsel initiated and conducted plea negotiations with defendant Beebe's counsel, which negotiations culminated in the parties' agreeing to a pretrial disposition of the case on Friday, December 11, 2015.   On that day, the essential terms of this disposition were reduced to written form, and, following this, defendant Beebe filed with the Court a Notice of Disposition (DE 133). As a result of his work in resolving the case, the undersigned was not able to turn his attention to completing and filing written responses to defendant Beebe's pretrial motions within the time frame allotted by the Court. As plea negotiations progressed, undersigned counsel addressed the government's filing deadline with counsel for defendant Beebe and secured his non-opposition to an out of time filing of responses to the motions, should motion practice still be necessary, so that undersigned counsel could focus on the plea discussions.

5.	On December 15, 2014, in response to the Notice of Disposition, this Court entered Minute Orders, *inter alia*, vacating the December 18, 2015 status conference and directing the parties to hold with the Court a telephone setting conference on January 6, 2016 to schedule defendant Beebe's case for a change of plea hearing (DE 133, 134).

6. With their contemplated pretrial resolution, the parties' pending pretrial motions would essentially be rendered moot upon defendant Beebe's tendering of a guilty plea and the acceptance of that plea by the Court. Defendant Beebe's pretrial motions all focus on requests for pretrial notices of evidence to be elicited by the government at trial or matters concerning the conduct and administration of the trial itself. The Court will be required to take up and rule upon these motions, it is respectfully submitted, only if and when it becomes clear that defendant Beebe's case will proceed to trial. This will not be known until the completion of contemplated change of plea proceedings with respect to defendant. Should defendant Beebe's tendered guilty plea be accepted at that time, trial and the relief requested by the motions will be unnecessary.

7. Undersigned government counsel has discussed the relief sought by this motion with counsel for defendant Beebe, who advises that he is unopposed to the motion.

WHEREFORE, the United States respectfully requests that the Court grant this motion and permit the government to file its responses to defendant Beebe's pending motions out of time and to defer the filing of its responses to the motions, unless rendered moot, until after the conclusion of contemplated change of plea proceeding with respect to defendant Beebe.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kenneth M. Harmon
By:   Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David L. Owen, Jr.
davidowen@lodopc.com

Scott T.Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

            s/ Kenneth M. Harmon
            KENNETH M. HARMON
            Assistant United States Attorney
            U.S. Attorney's Office
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202
            Tel. No. (303) 454-0100
            Fax No. (303) 454-0402
            E-mail: kenneth.harmon@usdoj.gov