# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JAIME J. BEEBE,
      a/k/a Jaime J. Greene,
      a/k/a Robert Perello,
      a/k/a Bobby Perello,
      a/k/a Robert Visconti,
      a/k/a Anthony Caramanna,

      Defendant.

## MINUTE ORDER[1]

On January 5, 2016, the court conducted a telephonic setting conference to set a change of plea hearing in this matter. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

      1. That on **January 19, 2016**, commencing at 9:00 a.m. (MST), the court shall conduct a change of plea hearing;

      2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing;

      3. That no later than 48 hours before the change of plea hearing, counsel shall deliver or email a courtesy copy of the **Plea Agreement** and **Statement by Defendant in Advance of Plea of Guilty** to chambers (A1041) and to the probation department. *See* D.C.COLO.LCrR 11.1(c). No later than commencement of the change of plea hearing, the original and a copy of the **Plea Agreement** and **Statement by Defendant in Advance of Plea of Guilty** shall be tendered to the courtroom deputy clerk. *See* D.C.COLO.LCrR 11.1(e);

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

4. That the telephonic setting conference set January 6, 2016, is vacated;

5. That the Trial Preparation Conference set January 29, 2016, is vacated; and

6. That the jury trial set to commence February 1, 2016, is vacated.

Dated:  January 6, 2016