IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Criminal Case No.  14-cr-00161-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GEOFFREY H. LUNN, and
2.  JAIMIE J. BEEBE,

     Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Government's Unopposed Motion for Partial Consolidation of Sentencing Proceedings** [#175][1] filed April 8, 2016.  After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Unopposed Motion for Partial Consolidation of Sentencing Proceedings** is granted;

2.  That the sentencing hearing for defendant Jaimie J. Beebe, currently set for August 3, 2016, commencing at 1:30 p.m. (MDT), shall be converted to a consolidated, initial sentencing hearing to be conducted jointly with defendant Geoffrey H. Lunn;

3.  That during this initial, consolidated sentencing hearing for both defendants,

---

[1] "[#175]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

the court shall address objections to common aspects of the respective presentence reports of the defendants and issues pertaining to the calculation of the defendants' respective applicable advisory sentencing guideline ranges and other common sentencing issues;

    4.  That further sentencing hearings shall be conducted thereafter on an individualized basis for each defendant, which additional, individual hearings shall be conducted for the purpose of imposing sentence on each defendant in all aspects, except the matters of restitution and forfeiture; provided, further, that the specific dates and times of these additional, individual sentencing hearings shall be set at the conclusion of the initial, consolidated sentencing hearing on August 3, 2016; and

    5.  That subsequently, a second, joint and consolidated hearing shall be conducted to address all remaining issues concerning restitution and forfeiture as to each defendant; provided, further that no later than ten days prior to the commencement of the individualized, second-phase sentencing hearings, the attorney for the government shall file a report advising the court as to the status of efforts to ascertain victims' losses in this case and on representation that the identification and ascertainment of victim losses has not been completed, the Court shall defer final determination of such losses, pursuant to Title 18, United States Code, Section 3664(d)(5), for a period not to exceed ninety days from the completion of the second-phase sentencing hearings during which period the court shall conduct a telephonic (non-appearance) setting conference with counsel for the parties and the United States Probation Office to set the date and time of this consolidated restitution and forfeiture hearing.

Dated April 15, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge