**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JAIME J. BEEBE,
      a/k/a Jaime J. Greene,
      a/k/a Robert Perello,
      a/k/a Bobby Perello,
      a/k/a Robert Visconti,
      a/k/a Anthony Caramanna,

      Defendant.

---

## MINUTE ORDER[1]

---

      On October 12, 2016, the court conducted a telephonic setting conference to set a final sentencing hearing in this matter.  After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1.  That on **November 10, 2016**, commencing at 10:00 a.m. (MST), the court shall conduct a final sentencing hearing; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

      Dated:  October 12, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.