**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JAIME J. BEEBE,
      a/k/a Jaime J. Greene,
      a/k/a Robert Perello,
      a/k/a Bobby Perello,
      a/k/a Robert Visconti,
      a/k/a Anthony Caramanna,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court *sua sponte.*  After conferring with counsel, and by agreement of all,

    **IT IS ORDERED** as follows:

    1.  That the sentencing hearing set November 10, 2016, is vacated and continued to **February 22, 2017,** commencing at 11:00 a.m. (MST); and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

    Dated:  October 20, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.