IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2. JAMIE JON BEEBE**,

    Defendant.

---

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

---

    Comes now, David L. Owen, Jr., attorney for the above named defendant and pursuant to D.C.COLO.LAttyR5 hereby requests this Court's Order granting counsel to withdraw from representation of Mr. Beebe. In support thereof counsel states as follows:

    Counsel files this Motion To Withdraw As Attorney Of Record at the insistence of Mr. Beebe who feels the attorney-client relationship has irretrievably deteriorated.

    Mr. Beebe is fully aware of the current sentencing date of February 22, 2017, and requests appointment of substitute counsel.

    Wherefore the reasons stated above, the undersigned counsel respectfully requests this Court's Order granting this Motion to Withdraw as Attorney of Record.

    Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730

> Telephone: (303) 993-7092
> FAX: (303) 265-9202
> davidowen@lodopc.com
> Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, I electronically filed the foregoing

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

AUSA Kenneth Harmon - kenneth.harmon@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jamie Jon Beebe - U.S. Mail

> /s/ David L. Owen, Jr.
> DAVID L. OWEN, JR. #39669
> Law Office of David L. Owen, Jr.,P.C.
> 718 Huntington Place
> Highlands Ranch, CO 80126-4730
> Telephone: (303) 993-7092
> FAX: (303) 265-9202
> davidowen@lodopc.com
> Attorney for Defendant