IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAIMIE JON BEEBE,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2017

JEFFREY P. COLWELL
CLERK

No. ~~14-MJ-409~~1

*14-cr-161-REB-2*

## DEFENDANT'S MOTION FOR INDEPENDENT THIRD-PARTY REVIEW OF PSI REPORT

    COMES NOW, the Defendant Jaimie Jon Beebe (by and through self-representation) respectfully requests that the Honorable Court allow for the Defendant to be given a continuance on the upcoming scheduled first phase of sentencing on the 22nd day of February, 2017 for the purpose of further allowing said Defendant to direct the third-party qualified and approved investigator, Kurt Thoene (at 303.621.4912) to conduct (at the Defendant's expense) a full, formal, private third-party investigation of the previously completed Pre-Sentence Investigation Report. Such secondary investigation would allow the Honorable Court to become aware of: (a) corrections to the existing Pre-Sentence Investigation Report; (b) additional circumstances which may prompt a reduction in sentence considerations before this Honorable Court. Although this request may be circumscribed in some respects, it is nevertheless "unseemly and unjust for the Government to beggar those it prosecutes in order to disable their defense." *Caplin and Drysdale Chartered v. United States, 491 U.S. 617, 635 (1989) (Blackmun, J., Dissenting.)* Therefore, any effort to deny the Defendant a meaningful opportunity to obtain said full, formal, private, third-party investigation would presumptively be prejudicial by nature, particularly when said Defendant is willing and able to incur the costs of said secondary investigation process.

    WHEREFORE, for all of the foregoing reasons, Defendant Jaimie Jon Beebe hereby respectfully requests that this Honorable Court deem to grant him the opportunity to exercise this option prior to this upcoming critical stage of sentencing in this case matter.

Respectfully Submitted,

/s/ Jaimie Jon Beebe     02/15/2017

**Jaimie Jon Beebe**
**F.C.I. Englewood,**
**Littleton, C.O. 80123**