

Jaimie Jon Beebe #79601-051
F.C.I. Englewood, (Federal Detention Center)
9595 W. Quincy Ave.,
Littleton, CO. 80123

Clerk of Court's Office
Alfred A. Arraj United States Courthouse,
Room A 105,
Attention: Honorable Judge Blackburn
901 19th Street,
Denver, CO. 80294-3589