IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                February 22, 2017

Courtroom Deputy:   Kathleen Finney
Court Reporter:     Tracy Weir
Probation Officer:  Kyla Hamilton

**Criminal Action No.**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Kenneth Harmon

    Plaintiff,
v.

2.  JAIMIE J. BEEBE,                                *Pro Se*

    Defendants.

**SENTENCING MINUTES**

**11:15 a.m.    Court in session.**

Appearances of counsel.  Also appearing at government's table is Elizabeth Froehlke, Dana Chamberlin, Auditor for United States Attorney's Office, and Kristen Varel, Special Agent for FBI.

Defendant is present in custody.

Court's opening remarks.  Defendant was not served with any filings after January 11, 2017.  All filings filed from January 11, 2017 shall be provided to the defendant.  This sentencing hearing will be continued to provide the defendant a reasonable opportunity to receive, read, and review the filings.

Now pending before the court is the **Defendant's Motion for Independent Third-Party Review of PSI Report** [#220] filed February 16, 2017.

Response by the government.

**It is ORDERED** as follows:

1. This phase of sentencing is **vacated** and **continued** to **March 22, 2017** at **1:30 p.m.**, at which time the defendant shall again appear before the court without further notice or order; provided that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

2. That the government may file its response to the **Defendant's Motion for Independent Third-Party Review of PSI Report** [#220] by **March 1, 2017**;

3. That the government may respond to any motion filed by the defendant withitn ten days of the filing of the corresponding motion;

4. That the Clerk of Court shall serve to the defendant, at his mailing address of record, all matters filed in this case on and after February 10, 2017;

5. That the defendant is remanded to the custody of the United States Marshal for continued detention;

Defendant tendered to the courtroom deputy clerk a motion for filing in CM/ECF.

6. That the court shall make its final determination of the restitution and forfeiture on **May 23, 2017**, commencing at **1:15 p.m.**; at which time the defendants shall appear before the court without further notice or order; provided, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants; and

7. That the government and/or probation department shall prepare and file a report detailing the losses of the victims no later than 75 days from today's date, to which the defendants may file a response no later than 85 days from today's date.

**11:33 a.m.   Court in recess.**

Total time in court: 00:18

**Hearing continued.**