UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA,**
          Plaintiff,

v.

**JAIMIE JON BEEBE,**
          Defendant.

```
         F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

      FEB 22 2017

  JEFFREY P. COLWELL
              CLERK
```

---

**DEFENDANT'S MOTION FOR CONTINUANCE FOR THE PURPOSE OF
SEEKING APPROPRIATE COUNSEL OF CHOICE**

---

    COMES NOW, the Defendant Jaimie Jon Beebe (by and through self-representation) and moves this Court to allow for the defendant to be given a continuance on the current and upcoming scheduled phases of sentencing in order to genuinely safe-guard his Sixth Amendment right to diligently retain counsel of his choice. The Sixth Amendment guarantees the accused the right to effective and competent counsel of his choice in all criminal prosecutions. *Wheat v. United States* 486 U.S. 153, 159 (1988). Although this request may be circumscribed in some respects, it is nevertheless "unseemly and unjust for the Government to beggar those it prosecutes in order to disable their defense." *Caplin and Drysdale Chartered v. United States,* 491 U.S. 617, 635 (1989) (Blackmun, J., dissenting). Any effort to deny a meaningful opportunity to retain the counsel of his choice is presumptively prejudicial and violates the Sixth Amendment. *United States v. Gonzales-Lopez,* 548 U.S. 140 (2006).

WHEREFORE, for all of the foregoing reasons, defendant Jaimie Jon Beebe hereby respectfully requests that this Honorable Court deem to grant him the opportunity to exercise this right at this critical stage in this case.

Respectfully Submitted,

/s/ Jaimie Jon Beebe     02/22/2017

**Jaimie Jon Beebe**
**F.C.I. Englewood,**
**Littleton, C.O. 80123**