IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00161-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEOFFREY H. LUNN,

       Defendant.
_____

**DEFENDANT LUNN'S UNOPPOSED MOTION TO CONTINUE
HIS BOND AND EXTEND SURRENDER DATE**
_____

Comes now, Defendant Geoffrey H. Lunn, by and through undersigned counsel, Edward R. Harris, Assistant Federal Public Defender and the Office of the Federal Public Defender, moves the Court to continue his bond until June 1, 2017. In support of this motion, Defendant states:

1.      On February 22, 2017 (Docket No. 224), Defendant was sentenced to fifty-four (54) months as to Count 8; fifty-four (54) months as to Count 41, to be served concurrently.

2.      Defendant has been designated to FCI Big Spring (Texas) and must surrender by noon on March 16, 2017.

3.      A restitution hearing is set for May 23, 2017.   Defendant's presence for the hearing is necessary.

4.      The government does not oppose this motion.

WHEREFORE Defendant respectfully requests that date for surrender be continued to June 1, 2017.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
Email: Kennth.Harmon@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Geoffrey Lunn          (via Mail)

s/Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
edward.harris@fd.org
Attorney for Defendant

3