IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

2.      JAIME J. BEEBE,

           Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S *PRO SE* MOTION
FOR INDEPENDENT THIRD-PARTY REVIEW OF PSI REPORT (DE 220)[1]**

---

The United States of America, by and through its undersigned counsel, responds as follows to defendant Beebe's *pro se* motion for an independent third-party review of the PSI Report ("PSIR") in this case:

1.      Matters relating to the calculation of defendant Beebe's advisory sentencing guidelines, as reflect in the PSIR prepared by the United States Probation Office, have now been thoroughly litigated, vetted and resolved by this Court. Defendant Beebe, then represented by counsel, was provided the opportunity to raise objections to these calculations, and did, in fact, make several objections to certain offense level adjustments included in the calculations, both in writing (DE 190) and orally.   These objections, which essentially mirrored those by defendant Lunn, through counsel, were thoroughly addressed at initial, consolidated sentencing proceedings for both defendants in this case on September 29, 2016 (DE 198), and the objections

---

[1]       "DE" refers to docket entries in this case.

were taken under advisement by the Court until ruled upon and resolved on February 17, 2017 (DE 221).

2.      To the extent that defendant Beebe now, through this *pro se* motion, seeks a vehicle to revisit and challenge anew the advisory sentencing guideline calculations as they now stand in the case, the government objects to motion.   Defendant Beebe has now been afforded ample opportunity to fully address the issues pertaining to the calculation of his advisory sentencing guideline calculations, and he offers no compelling reason why, at the risk of delaying sentencing proceedings further, he should be afforded a second shot to challenge those calculations.

3.      To the extent that defendant Beebe, through this *pro se* motion, seeks professional assistance in reviewing his PSIR, with an eye towards developing arguments in mitigation or making corrections of a factual nature to the report, the government does not object provided that such assistance, and the arguments and proposed corrections that defendant Beebe may seek to raise as a result, do not further delay sentencing proceedings.   On February 22, 2016, this Court continued defendant Beebe's second-phase sentencing proceedings until March 22, 2016, affording him an additional month's time to have his PSIR reviewed and to make additional submissions in advance of sentencing.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney


s/Kenneth M. Harmon
By:   Kenneth M. Harmon
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

   I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward R. Harris
Assistant Federal Public Defender
Email: Edward_harris@fd.org

and I hereby certify that on the same date as above, I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand- delivery, etc.) indicated above the nonparticipant's name:

Jaime Beebe
FCI Englewood
9595 W. Quincy Ave
Littleton, CO 80123

Fed Register # is 79601-051

                s/Andrea K. Hough
                United States Attorney's Office