IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA,**
                Plaintiff,

v.

**JAIMIE JON BEEBE,**
                Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 17 2017
JEFFREY P. COLWELL
CLERK

---

**DEFENDANT'S MOTION TO RESTART THE ENDS OF JUSTICE PURSUANT TO TITLE 18 U.S.C. § 3161 IN THIS MATTER**

---

COMES NOW, the Defendant Jaimie Jon Beebe (by and through self-representation) in accordance with Title 18 U.S.C. § 3161 and moves this Court to allow for the defendant to be given a continuance on the current and upcoming scheduled phases of sentencing so as the ends of justice are served.

The granting of this Motion to continue should outweigh the interest of the defendant and the public in a speedy trial. Title 18 U.S.C. § 3161 (h)(7)(A).

A continuance in this matter is necessary in order to complete the litigation of the defendant's dispositive Motions. See Title 18 U.S.C. § 3161 (h)(1)(D).

The defendant needs an adequate and appropriate time to prepare for sentencing after receiving a ruling on the Motions currently pending and after only recently dismissing his formal counsel, David L. Owen. All of this could not take place before the March 22nd sentencing date.

The failure to grant a continuance would deprive the defendant Jaimie Jon Beebe of not only the time to secure the ruling on the recently and subsequently filed pending Motions but also the much needed time to prepare for sentencing.

Thus without a continuance, counsel would not have the reasonable time necessary to prepare for the sentencing despite the use of due diligence. See Title 18 U.S.C. § 3161 (h)(7)(b)(iv).

WHEREFORE, for all of the foregoing reasons, defendant Jaimie Jon Beebe hereby respectfully requests that this Honorable Court deem to grant him the opportunity to exercise this right at this critical stage in this case, and finds such requested continuance to be deemed fully excludable time under the Speedy Trial Act and rights to due process for the reasons set forth herein. See Title 18 U.S.C. § 3161 (h)(1)(D), -(1)(H), & -(7)(A)-(B).

Dated: March 6, 2017

Respectfully Submitted,

/s/ Jaimie Jon Beebe      03/06/2017

Jaimie Jon Beebe
F.C.I. Englewood,
Littleton, CO. 80123