

JAIMIE JON BEEBE
Inmate # 79601-051
Federal Detention Center
Englewood,
9595 W. Quincy Ave,
Littleton, CO.
80123

LEGAL MAIL

Alfred A. Arraj
United States Courthouse,
Room A 105,
901 19th Street,
Denver, CO.
80294-3589

80294-250151

DENVER CO 802
15 MAR 2017 PM 1 L

LEGAL
MAIL

FOREVER USA