**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 17 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA,**
          Plaintiff,

v.

**JAIMIE JON BEEBE,**
          Defendant.

---

### DEFENDANT'S MOTION UNDER FEDERAL RULE 32 TO BE GRANTED APPROPRIATE TIME TO REVIEW AND SUBMIT OBJECTIONS AND FACTUAL CORRECTIONS TO THE PSIR

---

COMES NOW, Mr. Jaimie Jon Beebe (by and through self-representation) in accordance with Rule 32, Fed. R. Crim. P., hereby respectfully requests that the Honorable Court allow the defendant to properly exercise his right to due process by affording him the standard time-frame (ample opportunity) to fully and properly address the various objections and make the necessary corrections of a factual nature to the Presentence Investigation Report (Document 213) and Exhibit A (Document 213-1) ("PSIR") (under the federal rules of criminal procedure and in accordance with post-conviction procedures, specifically under sentencing and judgement).

It is the defendant's understanding that:

    a) the defendant was to be provided with a completed copy of the PSIR (by receipt of the court) at least thirty-five (35) days prior to sentencing proceedings. Rule 32 (e)(2). Fed. R. Crim. P.

b) from that time forward the defendant is to be provided a period (term) of fourteen (14) days to adequately review PSIR. Rule 32 (f). Fed. R. Crim. P.

c) after the court has received the objections and/or corrections to the PSIR, such adjustments should be made to the PSIR, and once the updated PSIR is produced, the courts must deliver unto the defendant within seven (7) days prior to sentencing an addendum containing any unresolved objections. Rule 32 (g). Fed. R. Crim. P.

d) additionally, it is presumed that the government and United States Probation and Pre-Trial Officer, Kyla Hamilton will likely oppose such objections and necessary factual corrections; and that the defendant will need to resubmit such objections and factual corrections a second time before such adjustments are indeed made to the current PSIR.

For the record the defendant wishes to make it clear unto this Honorable Court that his previous Motion 'DEFENDANT'S MOTION FOR INDEPENDENT THIRD-PARTY REVIEW OF PSI REPORT' was in fact not filed for the purpose of representing any objections what-so-ever relating to the calculation of the defendant's advisory sentencing guidelines. Perhaps the court got this impression based upon the verbiage within said Motion pertaining to "(b) additional circumstances which may prompt a reduction in sentence considerations before this Honorable Court" but nonetheless, Mr. Beebe would like to assure this Honorable Court that any arguments involving the current calculations are not the intention of the defense at this time.

WHEREFORE, for all of the foregoing reasons, defendant Jaimie Jon Beebe hereby respectfully requests that this Honorable Court deem to grant him the opportunity to exercise this option (and his right to due process) prior to critical stage of sentencing in this matter.

Dated: March 8, 2017

Respectfully Submitted,

/s/ Jaimie Jon Beebe       03/08/2017

**Jaimie Jon Beebe**
**F.C.I. Englewood,**
**Littleton, CO. 80123**
