FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

**UNITED STATES OF AMERICA,**
           Plaintiff,

v.

**JAIMIE JON BEEBE,**
           Defendant.

---

**NOTICE OF INTENT TO INTRODUCE SENTENCING EXHIBITS**

---

COMES NOW, Mr. Jaimie Jon Beebe (by and through self-representation) hereby provides notice that he may introduce as exhibits and discuss the following items at the defendant's sentencing hearings, each of which has previously been produced to both defendants and their council as part of the government's pretrial disclosures in this case:

1.    Transcript of Geoffrey H. Lunn's Testimony before the SEC on April 8, 2011, a copy of which is annexed as Exhibit A to the Government's Motion for Sentencing Guideline Departure and Sentencing Reduction Pursuant to U.S.S.G. § 5k1.1. (DE 222-1);

2.    An email from Carolyn Rose to SEC staff Attorney Jedediah B. Forkner, dated October 22, 2012 (Bates No. SEC_00018203-SEC_00018204), together with a news article referenced in a hyperlink in the email, a copy of which is annexed hereto.

WHEREAS, it is highly anticipated that the current scheduled sentencing hearing for March 22, 2017, will be deferred or vacated to a later date as a result of the cause of certain critical mitigating factors involving Mr. Beebe's defense at the most important aspect of the case — the sentencing phase. These factors have been comprehensively addressed within the body of various (separate) jointly-filed Motions before this Honorable Court which are expected to be electronically filed around the same time as this 'NOTICE OF INTENT TO INTRODUCE SENTENCING EXHIBITS' document.

Dated: March 8, 2017

Respectfully Submitted,

/s/ Jaimie Jon Beebe         03/08/2017

Jaimie Jon Beebe
F.C.I. Englewood,
Littleton, CO. 80123