— PLEASE DO NOT BEND —

JAIMIE Jon BEEBE
Inmate # 79601-051
Federal Detention Center
Englewood,
9595 W. Quincy Ave,
Littleton, CO. 80123

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE/INITIALS ___ 3/9/17

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE, LITTLETON, CO. 80123

Alfred A. Arraj
United States Courthouse,
Room A105,
901 19th Street,
Denver, Co.
80294-3589

LEGAL MAIL



— PLEASE DO NOT BEND —

— PLEASE DO NOT BEND —

LEGAL MAIL

— PLEASE DO NOT BEND —

LEGAL MAIL