— PLEASE DO NOT BEND —

Alfred A. Arraj
United States Courthouse,
Room A105,
901 19th Street,
Denver, CO.
80294-3589

JAIMIE JON BEEBE
Inmate #79601-051
Federal Detention Center
Englewood,
9595 W. Quincy Ave.,
Littleton, CO.
80123

3/15/17

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTE
9595 WEST QUINCY AVE., LITTLETON, CO, 80123

DATE/INITIALS:

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

— PLEASE DO NOT BEND —

— PLEASE DO NOT BEND —

— PLEASE DO NOT BEND —
LEGAL MAIL