IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                                March 22, 2017

Courtroom Deputy:  Kathleen Finney
Court Reporter:          Tracy Weir
Probation Officer:      Kyla Hamilton

**Criminal Action No.  14-cr-00161-REB-2**

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                Kenneth Harmon

    Plaintiff,
v.

2.  JAIMIE J. BEEBE,                                      *Pro Se*

    Defendants.

**CONTINUED SENTENCING MINUTES**

**1:36 p.m.**     **Court in session.**

Appearances of counsel.  Also appearing at government's table is Dana Chamberlin, Auditor for United States Attorney's Office, and Kristen Varel, Special Agent for FBI.

Defendant is present in custody.

Court's opening remarks.

Court's colloquy with the defendant regarding defendant's inability to obtain legal counsel and investigation services.

Also pending before the court relevant to sentencing are the following: the government's **Status Report and Request to Defer Determinations Pertaining to Restitution and Forfeiture to a Final, Consolidated Hearing** [#219] filed February 10, 2017; the **Defendant's Motion for Independent Third-Party Review of PSI Report** [#220] filed February 16, 2017;  the government's **Notice of Intent to Introduce Sentencing**

**Exhibits** [#223] filed February 21, 2017; the **Defendant's Motion for Continuance for the Purpose of Seeking Appropriate Counsel of Choice** [#226] filed February 22, 2017; the **Defendant's Motion to Restart the Ends of Justice Pursuant to Title 18 U.S.C. § 3161 in this Matter** [#233] filed March 17, 2017; the **Defendant's Motion Under Federal Rule 32 to be Granted Appropriate Time to Review and Submit Objections and Factual Corrections to the PSIR** [#234] filed March 17, 2017; the defendant's **Notice of Intent to Introduce Sentencing Exhibits** [#235] filed March 17, 2017; the **Defendant's Motion for a Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors Set Forth in Title 18 U.S.C. § 3553(a)** [#236] filed March 17, 2017; and the **Defendant's Motion for Obtaining Both Independent Expert Witness Testimony Involving Neurological/Neuropsychological Assessments/Evaluations and Corresponding Magnetic Resonance Imaging ("MRI") Studies** [#237] filed March 17, 2017.

**IT IS ORDERED** as follows:

1. That the **Defendant's Motion for Independent Third-Party Review of PSI Report** [#220] is **DENIED**;

2. That the **Defendant's Motion for Continuance for the Purpose of Seeking Appropriate Counsel of Choice** [#226] is **DENIED**;

3. That the **Defendant's Motion to Restart the Ends of Justice Pursuant to Title 18 U.S.C. § 3161 in this Matter** [#233] is **DENIED**;

4. That the **Defendant's Motion Under Federal Rule 32 to be Granted Appropriate Time to Review and Submit Objections and Factual Corrections to the PSIR** [#234] is **OVERRULED**;

5. That the government's **Request to Defer Determinations Pertaining to Restitution and Forfeiture to a Final, Consolidated Hearing** [#219] is **GRANTED**;

6. That the **Defendant's Motion for Obtaining Both Independent Expert Witness Testimony Involving Neurological/Neuropsychological Assessments/Evaluations and Corresponding Magnetic Resonance Imaging ("MRI") Studies** [#237] is **DENIED**;

7. That the **Defendant's Motion for a Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors Set Forth in Title 18 U.S.C. § 3553(a)** [#236] is **DENIED**.

Statement by the defendant.

**3:04 p.m.**     **Court in recess.**

**3:19 p.m.**     **Court in session.**

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 23 of the Second Superseding Indictment;

3. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **one hundred eight (108) months**;

4. That under 18 U.S.C. § 3583 and USSG §§ 5D1.1 and 5D1.2 on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided, furthermore, that within **72 hours** of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the district to which he is released;

5. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release as recommended in the Revised Sentencing Recommendation [#213-1], on pages R-4 through R-6, and in the Second Addendum to the Presentence Report [#215], on page A-1 in paragraphs 1 and 2;

6. That the defendant shall pay a fine of $150,000 due and payable immediately, failing which in installments of not less than 10% of the defendant's monthly gross income as determined periodically by his probation officer;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the Court shall make its final determination of restitution and forfeiture at a hearing on **May 23, 2017**, commencing at **1:15 p.m.** (MDT), at which both co-defendants shall appear before the Court without further

    notice or order; provided that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the co-defendants;

10. That the Government and/or probation department shall prepare and file a report detailing the losses of the victims by **May 8, 2017**, to which the defendant may file a response by no later than **May 18, 2017**;

11. That this court recommends that the Bureau of Prisons designate the defendant to an official detention facility at either FCI Sheridan, Oregon, or FCI Miami, Florida;

12. That presentence confinement shall be determined by the Bureau of Prisons; and

13. That the defendant is remanded to the custody of the United States Marshall.

The defendant is advised of the right to appeal the sentence imposed by the court.

**4:06 p.m.**  **Court in recess.**

Total time in court: 02:15

Hearing continued.