AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| _Defendant_ | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      Edward Jones & Co.
      12555 Manchester Road
      St. Louis, MO 63131

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO 80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

     You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Please see attachment.

Date:   03/23/2017



_CLERK OF COURT_ , Jeffrey P. Colwell

s/Nicholas Richards

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
_____ United States of America _____ , who requests this subpoena, are:

        Kenneth M. Harmon
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Email: kenneth.harmon@usdoj.gov

**EXHIBIT A**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____  ; or

☐  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Edward Jones & Co
12555 Manchester Road
St.Louis, MO 63131

For the account in the name of Robert T Bobbitt Jr which sent the attached wire transfer on July 21, 2010 for $9,000, provide the following for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

26

Browse /PNC/CRP/FTS/M001/R14501                    Page 1 of 2

```
.RN REF #: 20100721-00006507
----------------------------------------------------------
 **** MESSAGE ENVELOPE ****            ( Bank : 070 )

                                       SND DATE: 10/07/21
                                       EXT:
SRC:FED CALLER:

RPT#              AMT:9,000.00       CUR:USD RATE: 1.        TRDR#
TEST: DUE:                    TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
----------------------------------------------------------
*DBT A/091000022                 CDT *D/██████1637       ADV:LTR
DEBIT VAL: 10/07/21              CREDIT VAL: 10/07/21
AMT:9,000.00 CUR:USD            AMT:9,000.00 CUR:USD
GL RECON: 070                   GL RECON: 071
DEPT:1920                       GRASS ROOTS LLC
U.S. BANK,N.A.                  16100 SWINGLEY RIDGE RD
ST PAUL, MN                     CHESTERFIELD            MO 63017
                                BNF:/██████1637    CHG:  BK?N
SNDR REF NUM:100721000112       GRASS ROOTS LLC
ORDERING BNK:/000104774240055
EDWARD D JONES AND CO WIRE ACCT  ORIG TO BNF INFO:
12555 MANCHESTER RD             ██████5530
ST LOUIS,MO,63131
ORIG:/NA
EDWARD JONES SENDING FUNDS FOR ROBE
RT T BOBBITT JR            ROCH
ESTER          MI 48309
REF NUM:██████0112
            **** MESSAGE TEXT ****

{1100} Message Disposition:
        Format Version:          02 (New expanded format)
        Test Production Code:    P  (Production)
        Msg Duplication Code:       (Original incoming msg)
        Msg Status Indicator:    N  (Incoming msg)

{1110} Acceptance Timestamp:
        Date:                    07/21
        Time:                    08:30
        Application Id:          FT01

{1120} OMAD:
        Output cycle date:       2010/07/21
        Output Destination Id:   D3B74VBC
        Output sequence number:  000426
        Output date:             07/21
        Output time:             08:30
        Output application Id:   FT01

{1510} Type/Subtype Code:
        Type Code:               10 (Transfer of funds)
        Subtype Code:            00 (Regular transfer)

{1520} IMAD:
        Input Cycle date:        2010/07/21
        Input Source id:         I1Q73AGC
        Input Sequence number:   000022

{2000} Amount:                   $9,000.00

{3100} Sending Bank:
        ABA number:              091000022
        Short name:              US BANK MINNESOTA
        ABA lookup (AUX):        U.S. BANK,N.A.
                                 ST PAUL, MN

{3320} Sender Reference:         ██████0112

{3400} Receiving Bank:
        ABA number:              041000124
        Short name:              PNC BK CLEVELAND
        ABA lookup (REL):        NATIONAL CITY BANK
                                 CLEVELAND, OH
```

```
{3600} Business Function Code:      CTR (Customer transfer)

{4100} Beneficiary's Bank:          /
                                    PNC BANK NA OF CLEVELAND OH     CLEV
                                    ELAND                    OH

{4200} Beneficiary:                 D/████1637
                                    GRASS ROOTS LLC

{4320} Reference for Beneficiary:       ████0112

{5000} Originator:                  D/NA
                                    EDWARD JONES SENDING FUNDS FOR ROBE
                                    RT ▓ BOBBITT JR
                                    ████████              ROCH
                                    ESTER          MI 48309

{5100} Originator's Bank:           D/████████0055
                                    EDWARD D JONES AND CO WIRE ACCT
                                    12555 MANCHESTER RD
                                    ST LOUIS,MO,63131

{6000} Originator to Beneficiary Info: ████5530
```

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )   Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
JP Morgan Chase Bank
1675 Broadway, #1200
Denver, CO

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:  ___03/23/2017___



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
___United States of America___ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
JPMorgan Chase Bank
1675 Broadway #1200
Denver, CO

For account #██████2191, possibly in the name of Michael Bertucci or Richest Dad Investments, provide for the time period 9/1/2010 – 11/30/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)
6. all debits or credits greater than $4,999.99 with corresponding debit or credit offset

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
Midland States Bank as acquiring financial institution of
WestBridge Bank and Trust
100 Garfield Street, Denver, CO

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017

*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

      This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

   ☐  I returned the subpoena unexecuted because: _____

_____ .

   Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

     $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

   I declare under penalty of perjury that this information is true.

Date: _____

                                  _____
                                       *Server's signature*

                                  _____
                                       *Printed name and title*

                                  _____
                                       *Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Midland States Bank as acquiring financial institution of WestBridge Bank and Trust
100 Garfield Street
Denver, CO

For account #███747 in the name of Mark D. Scheller provide for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
       Midwest Bank Centre
       3207 Meramec Street
       St. Louis, MO 63118

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):*

Please see attachment.

Date:   _____03/23/2017_____



*CLERK OF COURT*, Jeffrey P. Colwell

_____s/Nicholas Richards_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____United States of America_____ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                    *Server's signature*

                                                        _____
                                                                    *Printed name and title*

                                                        _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Midwest Bank Centre
3207 Meramec Street
St. Louis, MO 63118

For the attached cashier's check #057647 provide:

1. all records associated with the purchase of cashier's check #057647 for $15,000 on July 19, 2010 to include but not limited to:

   a. the source of the funds to purchase the cashier's check #057647. If the source of funds was from an account at Midwest Bank Centre, provide
      i. the signature card of the account
      ii. account statements covering 5/1/2010 – 7/31/2010
      iii. all deposit slips & deposited items greater than $4,999.99

   b. all records of any other transactions that were purchased with the same source of funds. Other transactions could include but are not limited to:
      i. purchase of other cashier's checks. Include all the documents related to the purchase as well as a copy (front & back) of the negotiated cashier's check
      ii. cash out tickets
      iii. deposit of funds into a Midwest Bank Centre bank account. Include a copy of the signature card to the account where the funds were deposited.
      iv. Outgoing wire transfer. Include a copy of the wire transfer request completed by the customer.

   c. Any records showing the identity, date of birth, driver's license, or any other identifying information of the individual who conduct the transaction purchasing cashier's check #057647.



**Posting Date**      2010 Jul 19

**Account Number**   0

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )   Case No.   14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180-4907

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America
, who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

    $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180-4907

For account, possibly in the name of Brian Bellamy Bules, which sent the attached wire transfer on
October 5, 2010 for $10,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing
   customer authorization for the wire transfer(s)

u5

From:    BBVA Compass              To: 855,494643,9,13342896770  Tuesday, October 05, 11:38:22 2010

### I N C O M I N G   F U N D S   T R A N S F E R
### FACSIMILE TRANSACTION RECEIPT

10/6/10
M

Dear ROBERTSON BANKING COMPANY

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer Transaction
that will be CREDITED to your account #████████1066

~ ~ ~ ~ ~ ~ ~ ~    Incoming Funds Transfer Information    ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:          BRIAN BELLAMY BULES  ✓
Beneficiary Addr:     ████████████

                      VESTAVIA AL35216
Beneficiary ID:       ████8684  ✓
Ref For Beneficiary:  ████████00942

Amount: $10,000.00 ✓

Sender:
    Name              NAVY FCU WASH  ✓
    ABA #             256074974  ✓
    Reference #       ████████0942
    Received from     NFCU
    By Order Of       BRIAN BELLAMY BULES  ✓

Receiver:
    Name              COMPASS BANK
    ABA #             062001186
    Confirmation #    20101005F2QCZ60C00148010051237FT01

Intermediary Bank       :

Beneficiary Bank        :  ROBERTSON BANKING CO DEMOPOLIS AL

Reference for Beneficiary :  ████████0942

Originator to Beneficiary :  SVGS

Bank to Bank Information  :

Instructing Bank        :  NFCU

~ ~ ~ ~ ~ ~ ~ ~    END Wire Transfer Information    ~ ~ ~ ~ ~

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      Renasant Bank
      221 East Washington Street
      Kosciusko, MS 39090

  **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

  You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.



Date:   03/23/2017

*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America  , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____         on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Renasant Bank
221 East Washington Street
Kosciusko, MS  39090

For the Merchant & Farmers Bank account in the name of Churee Bules, possibly account #████ 1038, which sent the attached wire transfer on or about October 5, 2010 for $20,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

45

From:   BBVA Compass          To: 855,494643,9,13342896770   Tuesday, October 05, 15:52:27 2010

### I N C O M I N G   F U N D S   T R A N S F E R
### FACSIMILE   TRANSACTION   RECEIPT

10/6/10
mm

**Dear ROBERTSON BANKING COMPANY**

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer Transaction
that will be CREDITED to your account #▮▮▮▮1066

~ ~ ~ ~ ~ ~ ~ ~    Incoming Funds Transfer Information   ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:          BRIAN BULES  ✓
Beneficiary Addr:     SAME

Beneficiary ID:       ▮▮▮694  ✓
Ref For Beneficiary:

Amount: $20,000.00 ✓

Sender:
        Name          MERCH & FRMRS MS   ✓
        ABA #         084201621  ✓
        Reference #   ▮▮1038
        Received from
        By Order Of   CHUREE BULES

Receiver:
        Name          COMPASS
        ABA #         062001186
        Confirmation # 20101005F2QCZ60C00287010051652FT01

Intermediary Bank      :

Beneficiary Bank       :

Reference for Beneficiary :

Originator to Beneficiary :

Bank to Bank Information  :   {6500}ROBERTSON BANKING CO▮▮▮▮1342+

Instructing Bank       :

~ ~ ~ ~ ~ ~ ~ ~    END Wire Transfer Information   ~ ~ ~ ~ ~

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )    Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
       State Farm Investment Management Corporation
       One State Farm Plaza
       Bloomington, IL 61710

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

       You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017

*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America          , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
State Farm Investment Management Corporation
One State Farm Plaza
Bloomington, IL  61710

For the account(s), possibly #██████3127 and #██████3125, which sent the three attached electronic deposits on October 6, 2010 for $1,238.68, $4,914.28, and $8,858.83, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents which identifies the owner of the account, their contact information (mailing address, phone numbers, email addresses, etc.), and their identifying information (date of birth and social security number)
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.)
5. all outgoing wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.) to include documentation showing customer authorization for the wire transfer(s)

u5


**ROBERTSON**
**BANKING COMPANY**

Date  10/29/10        Page    1
Primary Account        ███3684
Customer Number        R000088

CYNTHIA S RICE
OR KENNY RICE
OR BRIAN BULES
GALLION AL  36742-███

**DEPOSITS AND OTHER CREDITS**
Date......Description...........................................Amount.......Reference

| 10/06 | INVESTMENT SFIMC | 1,238.68 |
| | ███0579      10/06/10 | |
| | ID #-███3127 | |
| | TRACE #-021000026933016 | |
| 10/06 | INVESTMENT SFIMC | 4,914.28 |
| | ███3757      10/06/10 | |
| | ID #-███3127 | |
| | TRACE #-021000026933052 | |
| 10/06 | INVESTMENT SFIMC | 8,858.83 |
| | ███0852      10/06/10 | |
| | ID #-███3125 | |
| | TRACE #-021000026933078 | |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
TD Bank, NA
2461 Main Street, Suite 1
Glastonbury, CT

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ _____ _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
TD Bank NA
2461 Main St Ste 1
Glastonbury, CT

For account #███████7116 in the name of US International Consulting Network Corp (see attached),
provide:

1.  All signature cards and opening account documents identifying the owners of this account

2.  For the two "Treasury Direct Credit" deposits of $60,000 each on October 27, 2010 and
    October 28, 2010, provide all records identifying the source of the deposits (bank, bank
    account, sender/owner of funds etc.)  to include but not limited to

    a.  incoming wire transfer records
    b.  deposit slips and deposited items
    c.  bank account transfer debit and credit tickets
    d.  cash in tickets
    e.  any other documents identifying the source of the deposit

54



**Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

US INTERNATIONAL CONSULTING NETWORK CORP

Page:                                      3 of 5
Statement Period:   Oct 01 2010-Oct 31 2010
Cust Ref #:                          720-1-***
Primary Account #:              ▮▮▮7116

**ACCOUNT ACTIVITY**

Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 10/27 | TREASURY DIRECT CREDIT | | 60,000.00 | 65,778.38 |
| 10/27 | WIRE TRANSFER OUTGOING WGC GROUP, INC. | 60,000.00 | | 5,778.38 |
| 10/27 | ELECTRONIC PMT-WEB PAYPAL    TRANSFER  5BY224HVUVZGY | 100.00 | | 5,678.38 |
| 10/28 | TREASURY DIRECT CREDIT | | 60,000.00 | 65,678.38 |



TDB_00000038

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Custodian of Records
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.:  A1001, Judge Robert E. Blackburn |
|---|---|---|
| | | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:  ___03/23/2017___



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
___United States of America___ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

For the account in the name of Jonathan M Edradan which sent the attached wire transfer on October 6, 2010 for $30,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

BBVA Compass    To: 855,494643,9,13342896770  Tuesday, October 05, 16:43:47 2010

### I N C O M I N G   F U N D S   T R A N S F E R
#### FACSIMILE  TRANSACTION  RECEIPT

10/7/10
/m

Dear ROBERTSON BANKING COMPANY

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer Transaction
that will be CREDITED to your account #███████1066

~ ~ ~ ~ ~ ~ ~ ~    Incoming Funds Transfer Information    ~ ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:        BRIAN BULES
Beneficiary Addr:   ████████████████
                    HOOVER AL 35216

Beneficiary ID:     ████8684
Ref For Beneficiary:

Amount: $30,000.00

Sender:
        Name            USAA FEDERAL SAVIN
        ABA #           314074269
        Reference #     ████████0010
        Received from   USAA FEDERAL SAVIN
        By Order Of     JONATHAN M EDRADAN

Receiver:
        Name            COMPASS BANK
        ABA #           062001186
        Confirmation #  20101005F2QCZ60C00245210051530FT01

Intermediary Bank        :

Beneficiary Bank         :  ROBERTSON BANKING CO

Reference for Beneficiary :

Originator to Beneficiary :

Bank to Bank Information  :

Instructing Bank         :

~ ~ ~ ~ ~ ~ ~ ~    END Wire Transfer Information    ~ ~ ~ ~ ~

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
Wells Fargo Bank, NA
2700 S. Price Road
Chandler, AZ 85248

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:    03/23/2017



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America  , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Wells Fargo Bank NA
2700 S. Price Road
Chandler, AZ 85248

For the account in the name of Boyet Partners LLC, possibly account #█████ 386, which sent the attached wire transfers for $45,800 on July 13, 2010 and $12,050 on July 15, 2010, provide for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

Statement Period: July 1 through July 30, 2010
Account Number: █████3930

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/13 | Wire Type:Wire In Date: 100713 Time:1218 Et Trn:2010071300152568 Seq:2010071300034619/008151 Orig:Boyet Partners Llc ID:00000█████1386 Snd Bic Wells Fargo Bank, Na ID:███0248 Pmt Det:Fw630081 94736323 Phn/858 472-4392 | | | $ 45,800.00 | |
| 07/13 | Processing Fee For Money Tfr-CA Trn: 100713-152568 | | $ 12.00 | | |
| 07/15 | Wire Type:Wire In Date: 100715 Time:1152 Et Trn:2010071500173264 Seq:2010071500037170/012960 Orig:Boyet Partners Llc ID:00000█████386 Snd Bic Wells Fargo Bank, Na ID:███0248 Pmt Det:Fw630081 95315833bank Address - 16849 Bernardo Center Drive | | | $ 12,050.00 | |
| 07/15 | Processing Fee For Money Tfr-CA Trn: 100715-173264 | | $ 12.00 | | |

California

BOA_00000169