IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1.     GEOFFREY H. LUNN, and
2.     JAIME J. BEEBE,

                Defendants.

## ORDER GRANTING MOTION FOR ISSUANCE OF SUBPOENAS DUCES TECUM

**Blackburn, J.**

The matter is before me on the **Government's Amended Motion for Issuance of Subpoenas Duces Tecum and Early Production of Records Pursuant to Fed.R.Crim.P. 17(c)** [#242],[1] filed April 13, 2017.   After careful review of the motion and the file, I conclude that the materiality requirements of Fed. R. Crim. P. 17(c) ostensibly have been satisfied; that the motion should be granted; and that subpoenas duces tecum should be issued.

**THEREFORE, IT IS ORDERED** as follows:

1.     That the **Government's Amended Motion for Issuance of Subpoenas Duces Tecum and Early Production of Records Pursuant to Fed.R.Crim.P. 17(c)** [#242], filed April 13, 2017, is granted;

---

[1] "[#242]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).   I use this convention throughout this order.

2. That a subpoena duces tecum shall be issued to each of the following:

   a. Custodian of Records
      Edward Jones & Co.
      12555 Manchester Road
      St. Louis, MO 63131

      Documents to be Provided:

      For the account in the name of Robert T Bobbitt Jr which sent the attached wire transfer on July 21, 2010 for $9,000, provide the following for the time period 5/1/2010-7/31/2010:

      1. All signature cards and opening account documents
      2. Monthly account statements
      3. All deposit slips and deposited items greater than $4,999.99
      4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
      5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

   b. Custodian of Records
      JPMorgan Chase Bank
      1675 Broadway #1200
      Denver, CO

      Documents to be Provided:

      For account #....2191, possibly in the name of Michael Bertucci or Richest Dad Investments, provide for the time period 9/1/2010 – 11/30/2010:

      1. All signature cards and opening account documents
      2. Monthly account statements
      3. All deposit slips and deposited items greater than$4,999.99
      4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
      5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)
      6. All debits or credits greater than $4,999.99 with corresponding debit or credit offset

    c.       Custodian of Records
Midland States Bank as acquiring financial institution of WestBridge Bank and Trust
100 Garfield Street
Denver, CO

Documents to be Provided:

For account #...3747 in the name of Mark D. Scheller provide for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. Monthly account statements
3. All deposit slips and deposited items greater than $4,999.99
4. All incoming wire kansfer reports (Fedwire, CHIPS, etc.)
5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

    d.       Custodian of Records
Midwest Bank Centre
3207 Meramec Street
St. Louis, MO 63118

Documents to be Provided:

For the attached cashier's check #057647 provide:

1. all records associated with the purchase of cashier's check #057647 for $15,000 on July 19, 2010 to include but not limited to:

   a. the source of the funds to purchase the cashier's check #057647. If the source of funds was from an account at Midwest Bank Centre, provide

      i. the signature card of the account
      ii. account statements covering 5/1/2010 -7/31/2010
      iii. all deposit slips & deposited items greater than $4,999.99

   b. all records of any other transactions that were purchased with the same source of funds.
   Other transactions could include but are not limited to:

3

        i. purchase of other cashier's checks. Include all the documents related to the purchase as well as a copy (front & back) of the negotiated cashier's check
        ii. cash out tickets
        iii. deposit of funds into a Midwest Bank Centre bank account. Include a copy of the signature card to the account where the funds were deposited.
        iv. Outgoing wire transfer. Include a copy of the wire transfer request completed by the customer.

    c. Any records showing the identity, date of birth, driver's license, or any other identifying information of the individual who conduct the transaction purchasing cashier's check #057647.

e.    Custodian of Records
      Navy Federal Credit Union
      820 Follin Lane
      Vienna, VA 22180-4907

      Documents to be Provided:

      For account, possibly in the name of Brian Bellamy Bules, which sent the attached wire transfer on October 5, 2010 for $10,000, provide for the time period 8/1/2010 - 10/31/2010:

      1. All signature cards and opening account documents
      2. Monthly account statements
      3. All deposit slips and deposited items greater than $4,999.99
      4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
      5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

f.    Custodian of Records
      Renasant Bank
      221 East Washington Street
      Kosciusko, MS 39090

      Documents to be Provided:

      For the Merchant & Farmers Bank account in the name of Churee Bules, possibly account #...1038, which sent the attached wire transfer on or about October 5, 2010 for $20,000, provide for the time period 8/1/2010 - I0/3l/2010:

1. All signature cards and opening account documents
2. Monthly account statements
3. All deposit slips and deposited items greater than $4,999.99
4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

g. Custodian of Records
State Farm Investment Management Corporation
One State Farm Plaza
Bloomington, IL 61710

Documents to be Provided:

For the account(s), possibly #....3127 and #....3125, which sent the three attached electronic deposits on October 6, 2010 for $1,238.68, $4,914.28, and $8,858.83, provide for the time period 8/1/2010 - 10/31/2010:

1. All signature cards and opening account documents which identify the owner of the account, their contact information (mailing address, phone numbers, email addresses, etc.), and their identifying information (date of birth and social security number)
2. Monthly account statements
3. All deposit slips and deposited items greater than $4,999.99
4. All incoming wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.)
5. All outgoing wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.) to include documentation showing customer authorization for the wire transfer(s)

h. Custodian of Records
TD Bank NA
2461 Main St Ste 1
Glastonbury, CT

Documents to be Provided:

For account #.....7116 in the name of US International Consulting Network Corp (see attached), provide:

1. All signature cards and opening account documents identifying the owners of this account

5

      2. For the two "Treasury Direct Credit" deposits of $60,000 each on October 27, 2010 and October 28, 2010, provide all records identifying the source of the deposits (bank, bank account, sender/owner of funds etc.) to include but not limited to

          a. incoming wire transfer records
          b. deposit slips and deposited items
          c. bank account transfer debit and credit tickets
          d. cash in tickets
          e. any other documents identifying the source of the deposit

i.    Custodian of Records
     USAA Federal Savings Bank
     10750 McDermott Freeway
     San Antonio, TX 78288-9876

     <u>Documents to be Provided:</u>

     For the account in the name of Jonathan M Edradan which sent the attached wire transfer on October 6, 2010 for $30,000, provide for the time period 8/1/2010 - 10/31/2010:

     1. All signature cards and opening account documents
     2. Monthly account statements
     3. All deposit slips and deposited items greater than $4,999.99
     4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
     5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

j.    Custodian of Records
     Wells Fargo Bank NA
     2700 S. Price Road
     Chandler, AZ 85248

     <u>Documents to be Provided:</u>

     For the account in the name of Boyet Partners LLC, possibly account #.....1386, which sent the attached wire transfers for $45,800 on July 13, 2010 and $12,050 on July 15, 2010, provide for the time period 5/1/2010 - 7/31/2010:

     1. All signature cards and opening account documents
     2. Monthly account statements
     3. All deposit slips and deposited items greater than $4,999.99

      4. All incoming wire transfer reports (Fedwire, CHIPS, etc.)
      5. All outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

3. That the Clerk of the Court shall issue the subpoenas duces tecum to be produced on **April 24, 2017, at 1:30 p.m.** (MDT) before

      Nicholas Richards, Deputy Clerk
      Alfred A. Arraj United States Courthouse Annex
      901 19th Street, Room A105
      Denver, CO   80294

4. That the records produced shall be available for production to counsel for the government and inspection and copying by counsel for defendant Lunn and defendant Beebe at that date and time in the Clerk's Office, Room A105, Alfred A. Arraj United States Courthouse Annex, 901 19th Street, Denver, CO 80294;

5. That a copy of the subpoena shall be attached with the documents that are produced; and

6. That a copy of this order shall be served on counsel for defendant Lunn and on defendant Beebe.

Dated April 17, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge