IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GEOFFREY H. LUNN, and
2.      **JAIME J. BEEBE,**

        Defendants.

## GOVERNMENT'S NOTICE AND MOTION RELATING TO SUBPOENA PRODUCTION AND INSPECTION

The United State of America, by and through its undersigned counsel, notifies this Court of the status of production pursuant to the subpoenas *duces tecum* issued by the Court on April 17, 2017, and hereby requests a Court order directing pro se Defendant Beebe to inform the Court and parties as to whether he wishes to inspect the production, and if he does, allowing the U.S. Marshal's Service to transport Defendant Beebe to the Courthouse on a date certain in advance of May 17, 2017, for the purpose of inspecting the subpoena production.

1.      On February 10, 2017, the government submitted a status report concerning its efforts, as of that date, to ascertain victims entitled to restitution and their restitution amounts, together with a request, pursuant to 18 U.S.C. § 3664(d)(5), to defer final determination as to restitution and forfeiture to a consolidated sentencing hearing to take place following individualized sentencing proceedings with respect to each of the defendants in this case (DE 219).

1

2. The Court, in connection with conducting further sentencing proceedings with respect to both defendants, considered the government's status report and granted its request to defer final determination of forfeiture and restitution until a consolidated hearing set for May 23, 2017. The Court directed the government and/or the United States Probation Office to, seventy-five days after the hearings held on February 22, 2017, submit to the Court a further report detailing the ascertainable losses of victims and afforded the defendants the opportunity to file written response to that report within ten days thereafter (DE 224-25, 238).[1]

3. To further its investigation efforts, the government moved for the Court to issue ten subpoenas *duces tecum* to financial institutions whose records may contain information relevant to the identification of potential victim-investors and losses attributable to them. (DE 242). On April 17, 2017 the Court granted the motion and issued ten subpoenas with a production deadline of April 24, 2017. (DE 243). The Court ordered:

> "That the records produced shall be available for production to counsel for the government and inspection and copying by counsel for defendant Lunn and defendant Beebe at that date and time [April 24, 2017 at 1:30pm] in the Clerk's Office . . . ."
> *Id*. at 7.

4. As of this filing, records have been received from 7 of the 10 institutions subject to subpoena. The government has copies of all records in its possession. All original records are in the possession of deputy clerk Nicholas Richards, per the Order. *Id*. According to communications with the 3 institutions with outstanding responses, the government anticipates all responsive documents will be produced by April 28, 2017.

---

1 Per the Court's Order, the government's deadline to file a report on restitution is May 8, 2017. The defendants' deadline to respond to that report is May 18, 2017.

5. The United States will send copies of all records to Mr. Lunn's attorney, Edward Harris. Mr. Beebe, however, is incarcerated and a pro se party. He cannot inspect these documents, many of which contain personally identifiable information, remotely from FCI Englewood.

6. In order to facilitate Mr. Beebe's ability to inspect these documents, the U.S. Marshals need to transport Mr. Beebe to the Courthouse at a time and date certain. The deputy clerk in possession of the records, Nicholas Richards, can make them available for Mr. Beebe to inspect at that time.

7. Mr. Beebe has not indicated that he wishes to inspect the subpoenaed records. Although he certainly has the right to do so, he has the option to forego inspection as well. As such, Mr. Beebe needs to inform the Court and parties that he wishes to inspect the records.

8. The government proposes that the Court issue an order directing Mr. Beebe to file a request to inspect the records by May 10, 2017. The Court should instruct Mr. Beebe that if he does not file a timely request, he foregoes his opportunity to inspect the records. If Mr. Beebe does file a request, the Court should then order the U.S. Marshal's Service to transport Mr. Beebe to the Courthouse on May 15, 2017 at 1:30pm, or on another date and time certain the Court deems appropriate, and allow Mr. Beebe a reasonable amount of time[2] to inspect the production.

9. Undersigned government counsel has consulted with counsel for defendant Lunn about this motion, who advises he does not oppose the motion. Government counsel has not

---

[2] Because the subpoena requests were specific to a limited timeframe, the records produced are not voluminous, and can be reasonably inspected in approximately 2 hours.

made contact with defendant Beebe about the motion.

WHEREFORE, the United States respectfully requests that the Court grant this motion and enter an order directing Mr. Beebe to file a request to inspect, and, if such a request is filed, order that the U.S. Marshal's Service transport Mr. Beebe to the Clerk's Office, Room A105, Alfred A. Arraj United States Courthouse Annex, 901 19th Street, Denver, CO 80294 on May 15, 2017 at 1:30pm so that Mr. Beebe may have the opportunity to inspect the records produced pursuant to the subpoenas issued on April 17, 2017.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

s/Elizabeth M. Froehlke
By:   ELIZABETH M. FROEHLKE
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0411
E-mail: Elizabeth.froehlke@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of April 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org
Attorney for Defendant Lunn

And I hereby further certify that on the same date as above, I caused to be mailed or served the foregoing to the following non-CM/ECF participant:

Jaime Beebe
Defendant, *Pro Se*
Fed. Register # 79601-051
FCI Englewood
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

                        s/ Andrea K. Hough
                        Andrea K. Hough
                        Office of the United States Attorney