**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. GEOFFREY H. LUNN, and
**2. JAIME J. BEEBE**,

 Defendants.

## ORDER GRANTING GOVERNMENT'S MOTION RELATING TO SUBPOENA PRODUCTION AND INSPECTION

**Blackburn, J.**

The matter before the court is the **Government's Notice and Motion Relating to Subpoena Production and Inspection** [#245],[1] filed April 28, 2017.  Having reviewed the motion, the record, and any apposite law, the court finds the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Notice and Motion Relating to Subpoena Production and Inspection** [#245], filed April 28, 2017, is granted;

2. That if defendant Jaime J. Beebe wishes to inspect the financial records which were produced in response to the subpoenas *duces tecum* issued by the government and presently in the government's possession, he shall file a request to

---

[1] "[#245]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

inspect those records on or before **May 12, 2017**; and

    3.  That if Mr. Beebe does request inspection, the United States Marshal's Service shall transport Mr. Beebe to the Alfred A. Arraj United States Courthouse Annex, 901 19th Street, Denver, Colorado, on **May 15, 2017,** at **1:30 p.m.** (MDT) when and where for no more than 2.5 hours he may inspect the documents in the courthouse space assigned to and used by the U.S. Marshal on the third floor of the courthouse.

    Dated May 4, 2017, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge