**PROBATION'S CHART ON BEEBE**

| | | RESTITUTION DETERMINED | | |
|---|---|---|---|---|
| **Investor or Group No.** | **Loss Amount** | **Individual** | **Entity** | **Comments** |
| 8 | $20,000 | Debbie Welch | Debbie J Bailey Enterprise | Restitution Recommended: $20,000. |
| 9 | $20,000 | Catherine Anderson | Anderson Financial Services | Catherine Anderson provided a Victim Impact Statement as well as a restitution request in the amount of $29,594.85.  This consists of $20,000 for an initial investment; $35 for a wire transfer fee; $59.85 for the cost of documents sent overnight; and $9,500 in "commission paid." The Probation Office believes that the $20,000 request is well justified; however, the remainder of the restitution request is a matter for the Court to decide.<br><br>Restitution Recommended: $20,000. |
| 13 | $44,000 | Paul Easley | | Restitution Recommended: $44,000. |
| 14 | $22,000 | Virgil Trower ($11,000), and Thomas and Laura Blong ($11,000) | | Restitution Recommended: $22,000. |
| 15 | $44,000 | John Hofford (Hank) | Hofford Family Properties LLC | Restitution Recommended: $44,000. |
| 16 | $44,000 | Michael Kaplan ($11,000), Victoria Kummer ($11,000), Daniel Skeba ($11,000), | Jonarie International Trading | Restitution Recommended: 44,000. |

**EXHIBIT 2**

| | | James Dautel ($11,000) | | |
|---|---|---|---|---|
| 17 | $44,000 | Arthur M. Carpenter Jr. | Koino One Wholesale, Inc. | Restitution Recommended: $44,000. |
| 18 | $44,000 | Todd Teich | | Restitution Recommended: $44,000. |
| 20 | $44,000 | Seth Henry | Apex Development Group LLC | Restitution Recommended: $44,000. |
| 21 | $88,000 | Janet N. Bhoopsingh | Prestige Realty Corp. | Restitution Recommended: $88,000. |
| 23 | $44,000 | Bruce Bower ($16,373.20), Margaret Kelly ($4,763.20), Traci Williams ($4,763.20), Jonathan Stewart ($8,574.20), and Lawrence Lovett ($9,526.20) | | Margaret Kelley provided a restitution request in the amount of $5,000.  However, government records indicate that appropriate amount is $4,763.20.<br><br>Traci Williams provided a Victim Impact Statement and a restitution request in the amount of $5,000; however, the government has indicated the appropriate amount is $4,763.20.<br><br>Bruce Bower provided a restitution request in the amount of $22,000.  However, government records indicate that appropriate amount is $16,373.20.<br><br>Restitution Recommended: $44,000. |
| 24 | $44,000 | Steven R. Tschudy | Steven R. Tschudy Trust | Restitution Recommended: $44,000. |
| 26 | $29,000 | Mark Scheller ($20,000)<br><br>Robert T Bobbitt Jr. ($9,000) | Grass Roots LLC | Mark Scheller provided a Victim Impact Statement and restitution request in the amount of $44,000.<br><br>Restitution Recommended: $29,000 |
| 27 | $44,000 | Daniel Krizak | American Enterprise | Restitution Recommended: $44,000. |

|    |          |                  |                    |                    |
|----|----------|------------------|--------------------|--------------------|
|    |          |                  | Investment Services |                    |
| 28 | $44,000  | Craig B Simmons DDS |                 | Restitution Recommended: $44,000. |
| 29 | $44,000  | Farrell Belote ($22,000), and John "Rick" Vanderslice ($22,000) | Litigation Research NA Inc. | Farrald Belote and John "Rick" Vanderslice submitted a Victim Impact Statement and restitution request which states they were partners who invested $22,000 each, for a total of $44,000.<br><br>Restitution Recommended: $44,000. |
| 30 | $44,000  | Mervyn DeFour    | Xortex Corporation | Mervyn A. De Four submitted a restitution request and Victim Impact Statement.  DeFour informed he is the primary representative for the shareholders of XORTEX Corporation.  The restitution request is in the amount of $249,000 on behalf of XORTEX Corporation.  According to the supporting documentation, the direct cash investment from XORTEX Corporation was $44,000.  DeFour explains the additional requested amount of $205,000 in a letter.  De Four also submitted a restitution request in the amount of $250,000, for personal losses such as loss of income, loss on a home investment, and failed personal debt and dislocation. The Probation Office believes the only amount that can be directly attributed to the offense of conviction is $44,000; however, this is a matter for the Court to decide.<br><br>Restitution Recommended: $44,000. |
| 31 | $44,000  | Ursula Hoeller   |                    | Ursula Hoeller is deceased, and restitution is payable to her heir, Caitlen Gerard |

| | | | | |
|---|---|---|---|---|
| | | | | Restitution Recommended: $44,000. |
| 37 | $44,000 | James E. King ($44,000) | | James King submitted a Victim Impact Statement and a restitution request in the amount of $44,000.<br><br>Restitution Recommended: $44,000 |
| 42 | $55,000 | Matthew E. Chabot | | Restitution Recommended: $55,000. |
| 43 | $55,000 | Melissa Meade | Capstone Commercial Group LLC | Restitution Recommended: $55,000. |
| 44 | $43,955 | Craig Massyn | | Restitution Recommended: $43,955. |
| 45 | $75,000 | Brian B. & Churee Bules ($10,000), Churee Bules ($20,000), Brian B. Bules ($15,000), and Jonathan M Edradan ($30,000) | | Restitution Recommended: $75,000. |
| 46 | $249,990 | Ken Chung | IPOL Group Inc, F-Cubed Investments | Restitution Recommended: $249,990. |
| 48 | $55,000 | Verla Rammelsberg | Pisces Properties Trust | Restitution Recommended: $55,000. |
| 49 | $55,000 | Edwina Mobley Talley | | Restitution Recommended: $55,000. |
| 50 | $44,000 | Phillip A. Stavrakis | | Phillip A. Stavrakis submitted a Victim Impact Statement and a restitution request in the amount of $44,000, which is appropriate.<br><br>Restitution Recommended: $44,000. |
| 52 | $1,000,000 | Paul Chandler, | Demelza Holding | Payable to Demelza Holding. |

|    |           |                         |                                    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|----|-----------|-------------------------|------------------------------------|----|
|    |           | and Michael Simmonds    |                                    | Restitution Recommended: $1,000,000. |
| 53 | $300,000  | Josephine F. Vicencio   | VX5 Vantage Point Inc.             | Restitution Recommended: $300,000. |
| 56 | $60,000   | Stephen Robert Hand     | Burnsville Investment Properties   | Restitution Recommended: $60,000. |
| 57 | $60,000   | William Gary Malouf     |                                    | William Malouf submitted a restitution request in the amount of $60,000, which is appropriate.<br><br>Restitution Recommended: $60,000. |
| 58 | $100,000  | Dale Schueller          |                                    | Restitution Recommended: $100,000. |
| 59 | $44,000   | Bill Myers              |                                    | Bill Myers is deceased and restitution is payable to his wife, Kathy Myers.<br><br>Restitution Recommended: $44,000. |
| 60 | $59,990   | Mary A. Elson           |                                    | Restitution Recommended: $59,990. |
| 61 | $60,000   | Matthew Ginalick        |                                    | Restitution Recommended: $60,000. |
| 63 | $100,000  | Terry M. Rose           |                                    | Terry M. Rose is deceased and restitution is payable to his wife, Carolyn Rose.  Carolyn Rose submitted a Victim Impact Statement and restitution request in the amount of $250,000, which reveals Terry Rose committed suicide as a result of the investment losses he suffered. The supporting documentation includes proof of $100,000 wired to WGC Group Inc. on November 16, 2010; $50,000 paid to Nevada Capital Markets (operated by an individual named "Vincent Curry"); and a wire transfer in the amount of $100,000, paid (or promised to be paid) to Terry Rose by |

| | | | | |
|---|---|---|---|---|
| | | | | Vincent Curry.  Given the information supplied by the government, it appears Terry Rose invested $100,000 into this fraudulent scheme, and restitution in the total amount of $100,000 is appropriate.  Any other restitution is a matter for the Court to decide.<br><br>Restitution Recommended: $100,000. |
| 64 | $150,000 | Eva C. Thorne, Madge Wilder, and Nicole Thorne Jenkins | Thorne Farm Property Trust | Payable to Thorne Farm Property Trust.<br><br>Restitution Recommended: $150,000. |
| 66 | $60,000 | David Howard (non-investor), and Edwin Howard (investor) | Redj Enterprises Ltd. | Restitution Recommended: $60,000. |
| 67 | $55,000 | Derrick Quals | | Restitution Recommended: $55,000. |
| 70 | $245,000 | Calvin R. White, Sr. | | Restitution Recommended: $245,000. |
| 71 | $60,000 | James M. Kincannon | | Restitution Recommended: $60,000. |
| 72 | $60,000 | Lawrence E. Derx | | Lawrence E. Derx is deceased.  Restitution is payable to his wife, Betty Derx.<br><br>Restitution Recommended: $60,000. |
| **TOTAL** | **$3,841,935** | | | **Restitution Recommended: $3,841,935** |

| **Investor or Group No.** | **Loss Amount** | **Individual** | **Entity** | **Comments** |
|---|---|---|---|---|
|  | | | | |

**POSSIBLE ADDITIONAL RESTITUION – TO BE DETERMINED**

| Investor or Group No. | Loss Amount | Individual | Entity | Comments |
|---|---|---|---|---|
| 22 | $44,000 | Alex Garbero | Boyet Partners LLC | |
| 25 | $44,000 | Barkat Ali Ramdjan | Bart Westra Holding B.V. Hemmings Foundation | |
| 26 | $15,000 | Devanche Jacobs ($15,000) | Grass Roots LLC | |
| 33 | $88,000 | Paul Fagan ($66K), and Paul Fagen via Bernice Crowe ($22,000) | Termax International Ltd. | |
| 34 | $132,000 | Anshuman Hui ($44,000), and Anshuman Hui via Vinod Parikh bank account ($44,000) | Venturecap Investor Prospect, and Lateral Investments Holdings Ltd. ($44K) | |
| 39 | $75,000 | Franz Prantner | Capital P Investment Solutions | |
| 41 | $55,000 | Chee Ho Shin | Winter & Associates Global | |
| 47 | $54,965 | Alain Desarzens | | |
| 51 | $59,985 | Sevesthe Soosai, and Ravindran Kannan | Excell Medical Technologies | |
| 54 | $120,000 | Forrest Igor Kokorine ($60,000), and Igor Shmat ($60,000) | US International Consulting Network Corp. | |

| 55 | $117,000 | Ben Errez (Hybrid Partner), Yaron Berenholtz (Hybrid partner), and John Varnay (Hybrid partner) | Hybrid Finance Ltd. | Ben Errez submitted a Victim Impact Statement as well as a restitution request in the amount of $225,000.  Errez is known to have invested $200,000, but he was repaid $83,000 (making his true loss $117,000).  Errez claims the original invested amount of $200,000, as well as an additional loss of approximately $25,000 for "attorney fees, travel, office expenses, private detectives, process servers, and time away from work over 3.5 yr period."  Errez did not provide any supporting documentation to substantiate the additional $25,000.  The Probation Office believes Errez is entitled to $117,000, if the government determines he is the true victim or investor. |
| --- | --- | --- | --- | --- |
| 62 | $60,000 | Dr. James McAlpine | Thistle Capital Inc. | |
| 65 | $60,000 | Michael Bertucci | Richest Dad Investments | |
| 68 | $60,000 | Ramiro Vaquez Saenz | Citynet Internacional SA | |
| 69 | $60,000 | James Harris | Minerals Metals & Mining | |
| **TOTAL** | **$1,044,950** | | | |