IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     JAIME J. BEEBE,

        Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**

---

THIS MATTER comes before the Court on the United States' Motion [#249] for Preliminary Order of Forfeiture for a Personal Money Judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on January 19, 2016, the United States and defendant JAIME J. BEEBE entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment in the amount of $5,124,795.00 pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure of direct assets. (Doc. 145).

THAT $5,124,795.00, less any returns to the victims, is subject to forfeiture as proceeds obtained by defendant JAIME J. BEEBE through commission of the scheme to commit the offenses in Count 23 for which he has pleaded guilty.

1

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED** that for good cause shown, the United States' motion [#249] filed May 22, 2017, is GRANTED.

It is **FURTHER ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant, JAIME J. BEEBE, in the amount of $5,124,795.00, less any returns to the victims, for which the defendant is joint and severally liable for with co-defendant, Geoffrey H. Lunn, shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

The Court retains jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture.

SO ORDERED May 23, 2017, in Denver, Colrado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge