| | RESTITUTION CONFIRMED FOR GEOFFREY H. LUNN | | |
|---|---|---|---|
| **Investor or Group #** | **Individual** | **Entity** | **Restitution Confirmed** |
| n/a | Geraldine Kowalzyck | Lunn Mother-in-Law | $ 81,000 |
| 8 | Debbie Welch | Debbie J Bailey Enterprise | $ 20,000 |
| 9 | Catherine Anderson | Anderson Financial Services | $ 20,000 |
| 13 | Paul Easley | | $ 44,000 |
| 14 | Virgil Trower | | $ 11,000 |
| 14 | Thomas Blong | | $ 11,000 |
| 15 | John (Hank) Hofford | Hofford Family Properties LLC | $ 44,000 |
| 16 | Michael Kaplan | Jonaire International Trading | $ 11,000 |
| 16 | Victoria Kummer | | $ 11,000 |
| 16 | Daniel Skeba | | $ 11,000 |
| 16 | James Dautel | | $ 11,000 |
| 17 | Arthur Carpenter Jr | Koino One Wholesale | $ 44,000 |
| 18 | Todd Teich | | $ 44,000 |
| 20 | Seth Henry | Apex Development Group LLC | $ 44,000 |
| 21 | Janet Bhoopsingh | Prestige Realty Corp | $ 88,000 |
| 23 | Margaret Kelly | | $ 4,763.20 |
| 23 | Traci Williams | | $ 4,763.20 |
| 23 | Jonathan Stewart | | $ 8,574.20 |
| 23 | Lawrence Lovett | | $ 9,526.20 |
| 23 | Bruce Bower | | $ 16,373.20 |


GOVERNMENT EXHIBIT 1
14-cr-00161

| Investor or Group # | Individual | Entity | Restitution Confirmed |
|---|---|---|---|
| **RESTITUTION CONFIRMED FOR GEOFFREY H. LUNN** |
| 24 | Steven Tschudy | Steven R. Tschudy Trust | $ 44,000 |
| 26 | Mark Scheller | Grass Roots LLC | $ 20,000 |
| 26 | Robert T. Bobbit Jr. | | $ 9,000 |
| 27 | Daniel Krizak | American Enterprise Investment Services | $ 44,000 |
| 28 | Craig B Simmons DDS | | $ 44,000 |
| 29 | Farrald Belote | Litigation Research NA | $ 22,000 |
| 29 | Rick Vanderslice | Litigation Research NA | $ 22,000 |
| 30 | Mervyn DeFour | Xortex Corporation | $ 44,000 |
| 31 | Ursula Hoeller (deceased) Caitlen Gerard (daughter) | | $ 44,000 |
| 37 | James E King | | $ 44,000 |
| 42 | Matthew Chabot | | $ 55,000 |
| 43 | Melissa Meade | Capstone Commercial Group LLC | $ 55,000 |
| 44 | Craig Massyn | | $ 43,955 |
| 45 | Brian & Churee Bules | | $ 10,000 |
| 45 | Churee Bules | | $ 20,000 |
| 45 | Brian Bules | | $ 15,000 |
| 45 | Jonathan Edradan | | $ 30,000 |
| 46 | Ken Chung | IPOL Group Inc. / F-Cubed Investments | $ 249,990 |
| 48 | Verla Rammelsberg | Pisces Properties Trust | $ 55,000 |
| 49 | Edwin Mobley Talley | | $ 55,000 |

2

| Investor or Group # | Individual | Entity | Restitution Confirmed |
|---|---|---|---|
| 50 | Phillip Stavrakis | | $ 44,000 |
| 52 | Paul Chandler & Michael Simmonds | Demelza Holding | $ 1,000,000 |
| 53 | Josephine Vincencio | VX5 Vantage Point Inc | $ 300,000 |
| 56 | Stephen Hand | Burnsville Investment Properties | $ 60,000 |
| 57 | Williams Gary Malouf | | $ 60,000 |
| 58 | Dale Schueller | | $ 100,000 |
| 59 | Bill Myers (deceased) Kathy Myers (wife) | | $ 44,000 |
| 60 | Mary A. Elson | | $ 59,990 |
| 61 | Matthew Ginalick | | $ 60,000 |
| 63 | Terry M. Rose (deceased) Carolyn Rose (wife) | | $ 100,000 |
| 64 | Eva C. Thorne, Madge Wilder, & Nicole Thorne Jenkins – Trustees | Thorne Farm Property Trust | $ 150,000 |
| 66 | David Howard (son) Edwin Howard (father) | REDJ Enterprises Ltd | $ 60,000 |
| 67 | Derrick Quals | | $ 55,000 |
| 70 | Calvin R White Sr | | $ 245,000 |
| 71 | James Kincannon | | $ 60,000 |
| 72 | Lawrence Derx (deceased) Betty Derx (wife) | | $ 60,000 |

Total Confirmed Restitution for Geoffrey H. Lunn: $3,922,935.00

3

## RESTITUTION CONFIRMED FOR JAIME J. BEEBE

| Investor or Group # | Individual | Entity | Restitution Confirmed |
|---|---|---|---|
| 8 | Debbie Welch | Debbie J Bailey Enterprise | $ 20,000 |
| 9 | Catherine Anderson | Anderson Financial Services | $ 20,000 |
| 13 | Paul Easley | | $ 44,000 |
| 14 | Virgil Trower | | $ 11,000 |
| 14 | Thomas Blong | | $ 11,000 |
| 15 | John (Hank) Hofford | Hofford Family Properties LLC | $ 44,000 |
| 16 | Michael Kaplan | Jonaire International Trading | $ 11,000 |
| 16 | Victoria Kummer | | $ 11,000 |
| 16 | Daniel Skeba | | $ 11,000 |
| 16 | James Dautel | | $ 11,000 |
| 17 | Arthur Carpenter Jr | Koino One Wholesale | $ 44,000 |
| 18 | Todd Teich | | $ 44,000 |
| 20 | Seth Henry | Apex Development Group LLC | $ 44,000 |
| 21 | Janet Bhoopsingh | Prestige Realty Corp | $ 88,000 |
| 23 | Margaret Kelly | | $ 4,763.20 |
| 23 | Traci Williams | | $ 4,763.20 |
| 23 | Jonathan Stewart | | $ 8,574.20 |
| 23 | Lawrence Lovett | | $ 9,526.20 |
| 23 | Bruce Bower | | $ 16,373.20 |
| 24 | Steven Tschudy | Steven R. Tschudy Trust | $ 44,000 |

## RESTITUTION CONFIRMED FOR JAIME J. BEEBE

| Investor or Group # | Individual | Entity | Restitution Confirmed |
|---|---|---|---|
| 26 | Mark Scheller | Grass Roots LLC | $ 20,000 |
| 26 | Robert T. Bobbit Jr. | | $ 9,000 |
| 27 | Daniel Krizak | American Enterprise Investment Services | $ 44,000 |
| 28 | Craig B Simmons DDS | | $ 44,000 |
| 29 | Farrald Belote | Litigation Research NA | $ 22,000 |
| 29 | Rick Vanderslice | Litigation Research NA | $ 22,000 |
| 30 | Mervyn DeFour | Xortex Corporation | $ 44,000 |
| 31 | Ursula Hoeller (deceased) Caitlen Gerard (daughter) | | $ 44,000 |
| 37 | James E King | | $ 44,000 |
| 42 | Matthew Chabot | | $ 55,000 |
| 43 | Melissa Meade | Capstone Commercial Group LLC | $ 55,000 |
| 44 | Craig Massyn | | $ 43,955 |
| 45 | Brian & Churee Bules | | $ 10,000 |
| 45 | Churee Bules | | $ 20,000 |
| 45 | Brian Bules | | $ 15,000 |
| 45 | Jonathan Edradan | | $ 30,000 |
| 46 | Ken Chung | IPOL Group Inc. / F-Cubed Investments | $ 249,990 |
| 48 | Verla Rammelsberg | Pisces Properties Trust | $ 55,000 |
| 49 | Edwin Mobley Talley | | $ 55,000 |
| 50 | Phillip Stavrakis | | $ 44,000 |

2

## RESTITUTION CONFIRMED FOR JAIME J. BEEBE

| Investor or Group # | Individual | Entity | Restitution Confirmed |
|---|---|---|---|
| 52 | Paul Chandler & Michael Simmonds | Demelza Holding | $ 1,000,000 |
| 53 | Josephine Vincencio | VX5 Vantage Point Inc | $ 300,000 |
| 56 | Stephen Hand | Burnsville Investment Properties | $ 60,000 |
| 57 | Williams Gary Malouf | | $ 60,000 |
| 58 | Dale Schueller | | $ 100,000 |
| 59 | Bill Myers (deceased) Kathy Myers (wife) | | $ 44,000 |
| 60 | Mary A. Elson | | $ 59,990 |
| 61 | Matthew Ginalick | | $ 60,000 |
| 63 | Terry M. Rose (deceased) Carolyn Rose (wife) | | $ 100,000 |
| 64 | Eva C. Thorne, Madge Wilder, & Nicole Thorne Jenkins – Trustees | Thorne Farm Property Trust | $ 150,000 |
| 66 | David Howard (son) Edwin Howard (father) | REDJ Enterprises Ltd | $ 60,000 |
| 67 | Derrick Quals | | $ 55,000 |
| 70 | Calvin R White Sr | | $ 245,000 |
| 71 | James Kincannon | | $ 60,000 |
| 72 | Lawrence Derx (deceased) Betty Derx (wife) | | $ 60,000 |

Total Confirmed Restitution for Jaime J. Beebe: $3,841,935.00

3

| Investor or Group # | Individual | Entity | Restitution Pending |
|---|---|---|---|
| | **RESTITUTION UNCONFIRMED** | | |
| 22 | Alex Garbero | Hawkview Assocaites LLC | $ 44,000 |
| 25 | Barkat Ali Ramdjan | Hemmings Foundation | $ 44,000 |
| 26 | Devanche Jacobs | | $ 15,000 |
| 33 | Paul Fagan | Termax International Ltd | $ 88,000 |
| 34 | Anshuman Hui | VentureCap Investor Prospect and Lateral Holdings Investments Ltd | $ 132,000 |
| 39 | Franz Prantner | Capital P Investment Solutions | $ 75,000 |
| 41 | Chee Ho Shin | Winter & Associates Global | $ 55,000 |
| 47 | Alain Desarzens | | $ 54,965 |
| 51 | Sevesthe Soosai and Ravindran Kannan | Excell Medical Technologies | $ 59,985 |
| 54 | Igor Kokorine | US International Consulting Network - NJ Corp (ICN Holding) | $ 60,000 |
| 54 | Igor Shmat | US International Consulting Network - NJ Corp (ICN Holding) | $ 60,000 |
| 55 | Ben Errez, Yaron Berenholtz, and John Varnay | Hybrid Finance Ltd | $ 117,000 |
| 62 | Dr. James McAlpine | McAlpine Leone Trust | $ 60,000 |
| 65 | Michael Bertucci Black | Richest Dad Investments | $ 60,000 |
| 68 | Ramiro Vasquez Saenz | Citynet Internacional SA | $ 60,000 |
| 69 | James Harris | Minerals Metals & Mining | $ 60,000 |

Total Unconfirmed Restitution: $1,044,950.00