IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

United States of America,
        Plaintiff,

v.

Jaimie Jon Beebe,
        Defendant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2017

JEFFREY P. COLWELL
CLERK

---

### DEFENDANT'S MOTION FOR OBTAINING AN OPTICAL EXAM AND PRESCRIPTION EYEWARE VIA F.C.I. ENGLEWOOD PRIOR TO BOP TRANSPORT RUN

---

COMES NOW, Mr. Jaimie Jon Beebe (by and through self-representation), respectfully requesting the court to grant said motion for a court ordered optical examination to be conducted on behalf of the defendant and further authorizing BOP and/or F.C.I. Englewood to issue and provide sufficient prescription eyeware unto Mr. Beebe prior to any upcoming or previously scheduled BOP transport run.

    WHEREAS, any such BOP transport of the defendant before he is able to recieve such needed eyeware shall directly disable the defendant further than necessary as upon being transferred unto a designated BOP facility such service is understood to be a process requiring as much as seven (7) months to accomplish.

    Furthermore, such further extended period of time which Mr. Beebe is left unable to obtain such much needed eyeware, more-and-more physical strain is continually placed upon his only functioning eye thus causing more unnecessary permanent damage that he should not otherwise be subjected to.

WHEREFORE, for all of the foregoing reasons, defendant Jaimie Jon Beebe hereby respectfully resquests that this Honorable Court deem to grant him the opportunity to exercise this option for the intended purpose of relieving him of such unnecessary added eye strain and therefore subsequently preventing further physical damage to the only remaining amount of eyesight which has already substantially degraded over the past twenty-nine (29) months that the defendant has been detained and deprived of such medical (optical) resources/services.

Respectfully Submitted,
/S/ Jaimie Jon Beebe  05/23/17



Jaimie Jon Beebe
F.C.I. Englewood,
Littleton, CO. 80123