Jaimie Jon Beebe #79601-051 (Inmate)
Federal Correctional Institution
9595 West Quincy Avenue,
Littleton, Co. 80123

LEGAL MAIL

80294-250151

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901 19th Street,
Room A-105,
Denver, Co. 80294

LEGAL MAIL

DENVER CO 800
25 MAY 2017 PM 3 L