OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A
DENVER, CO 80294-3

OFFICIAL BUSINESS

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2017

JEFFREY P. COLWELL
CLERK

14-CR-161-REB
# 254

NIXIE           331   5E 1           0006/14/17

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294259099     *1320-04459-31-32

DENVER
CO SPECIAL MAIL

neopost
05/31/2017
**USPOSTAGE**   $00.46⁰

ZIP 80294
041L11245087

Jaimie J. Beebe (Terminated)
#79601-051
1717 N Bayshore Dr
Miami, Florida 33132

**LEGAL MAIL**
DATE RECEIVED
STAFF INITIALS