

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2017

JEFFREY P. COLWELL
CLERK

14-CR-161-REB
#255

Jaimie J. Beebe
#79601-051
1717 N. Bay Shore Dr.
Miami, Florida 33161-...

NIXIE       331    5C 1         0006/14/17
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

DENVER
LEGAL MAIL
31 MAY '17 PM 7 L
OPEN ONLY IN THE PRESENCE OF THE INMATE

neopost 05/31/2017
US POSTAGE $00.46⁰
ZIP 80294
041L11245087

LEGAL MAIL
DATE RECEIVED
STAFF INITIALS