

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 20 2017
JEFFREY P. COLWELL
CLERK

14-cr-161-REB
#256

9304 1000 5521 2730

Jaimie J. Beebe
#79601-051
1717 W. Bay Shore
Miami, FL

NIXIE   331   SC 1   2205/17/17

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099   *2020-02681-01-39

DENVER CO 802
31 MAY 2017
GREEN ONLY IN THE PRESENCE OF THE INMATE

neopost 06/01/2017
US POSTAGE $00.46
ZIP 80294
041L11245087