**INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY**

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 21, 2020 at 1:17:43 PM PDT | 5038436663 | 81 | 3 | Received |

09/21/2020 13:10 5038436663 FCI UNT 2 PAGE 01/03

# fax

| | | | |
|---|---|---|---|
| TO: | The Honorable Robert E. Blackburn | FROM: | BEEBE, Jaimie J. Reg. No. 79601-051 |
| FAX: | 303-335-2040 | PAGES: | 2 |
| PHONE: | | DATE: | 09-21-2020 |
| RE: | Motion to Restrict Public Access | CC: | |

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

[redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/21/2020
JEFFREY P. COLWELL, CLERK

Case No.: 1:14-cr-00161-REB

UNITED STATES OF AMERICA,
Plaintiff,

V.

JAIMIE JON BEEBE,
Defendant.

DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS (UNDER D.C. COLORADO LOCAL RULE 7.2) ~ BEYOND 14 DAYS.

COMES NOW, Mr. Jaimie Jon Beebe (by and through self-representation), and moves this Honorable Court to grant this 'Motion To Restrict Public Access' for the primary purpose of (A.) more adequately ensuring the physical safety and security of the defendant (as not doing so may potentially cause grave risk of serious injury to said defendant); (B.) not publicly divulging the post-prison plans of the defendant; and (C.) keeping private those certain personal medical details that the defendant had only intended on sharing with the Honorable Robert Blackburn.

To be clear: up until this point, the defendant's 'CONFIDENTIAL' letter (dated Monday, August 31, 2020), was specifically intended to be considered a "personal candid communication" solely for the purpose of presenting an "informal notification" of the defendant's forward-looking intentions of compelling this Honorable Court to

consider his upcoming 'Compassionate Release' request in accordance with the Cares Act under §3582 (c)(1)(A).

Subsequently thereafter, the defendant delivered unto the Honorable Robert Blackburn a photocopy of the defendant's original 'Compassionate Release/Sentence Reduction Inquiry' letter (dated Monday, August 24, 2020), which was delivered unto the former warden J. Salazar, et. al. within the administrative channels at the F.C.I. Sheridan facility.

Wherefore, the reasons stated above, Mr. Beebe respectfully requests this Honorable Court to consider the above discussed factors (coupled with the obvious "sensitivity" elements contained within the body of the defendant's August 31, 2020 letter) and either maintain a Level 3 access, or at minimum, a restriction of Level 2 in order to best ensure the ongoing safety and security of the defendant.

Respectfully Submitted: 09/21/2020

/s/ Jaimie Jon Beebe

Jaimie Jon Beebe
F.C.I. Sheridan
P.O. Box 5000,
Sheridan, OR. 97378