IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAIME J. BEEBE,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT AND ATTACHMENTS

    The United States of America, by and through undersigned counsel, respectfully moves to restrict the document and attachments, any order revealing the contents of the document and attachments, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 2" restriction**, which would make the document and attachments, any order revealing the contents of that document and attachments, and the brief filed in support of this motion "viewable by selected parties and court" only.

    Respectfully submitted this 29th day of October, 2020.

                                             JASON R. DUNN
                                             United States Attorney

                                             s/ *Martha A. Paluch*
                                             By: Martha A. Paluch
                                             Assistant U.S. Attorney
                                             1801 California Street, Suite 1600
                                             Denver, CO 80202
                                             Telephone: 303-454-0100
                                             E-mail: Martha.paluch@usdoj.gov
                                             Attorney for Government

2

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on October 29, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record and that I placed in United States Mail, postage prepaid, a copy of the foregoing, addressed to:

Jaime J. Beebe
#79601-051
Sheridan-FCI
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Sheridan, OR  97378

        *s/ Veronica Ortiz*
        Veronica Ortiz
        Legal Administrative Specialist
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Tel: (303) 454-0100
        Fax: (303) 454-0409
        Veronica.Ortiz@usdoj.gov