IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAIME J. BEEBE,

    Defendant.

## ORDER TO RESTRICT DOCUMENT AND ATTACHMENTS

This matter is before the Court on the Government's Motion to Restrict Document and Attachments. Upon consideration and for good cause shown,

IT IS ORDERED that said document and attachments, the government's Brief in Support of Motion to Restrict Document and Attachments, as well as any order revealing the contents of that document and attachments, are hereby restricted until further order by the Court.

IT IS ORDERED that (1) the document and attachments, (2) the brief in support, and (3) any order revealing the contents of the document and attachments shall be restricted to a "Level 2" and will be "viewable by selected parties and court" only.

IT IS SO ORDERED on this ____ day of _____, 2020.

_____
THE HONORABLE ROBERT E. BLACKBURN
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

1