| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 10, 2020 at 1:19:36 PM PST | 5038436663 | 666 | 29 | Received |

12/10/2020  13:08    5038436663                     UNIT 2                          PAGE  01/29

# fax

| TO: | The Honorable Robert E. Blackburn | FROM: | BEEBE, Jaimie J. Reg. No. 79601-051 |
|---|---|---|---|
| FAX: | 303-335-204◑ | PAGES: | 1 79 29 |
| PHONE: | | DATE: | 11-11 09-21-2020 |
| RE: | Motion to Restrict Public Access | CC: | |

[✓] Urgent    [ ] For Review    [ ] Please Comment    [ ] Please Reply    [ ] Please Recycle

Comments:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 14-cr-00161-REB-2

UNITED STATES OF AMERICA

  Plaintiff,

v.

JAIMIE JON BEEBE

  Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
2:37 pm, Dec 10, 2020
**JEFFREY P. COLWELL, CLERK**

MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO REDUCE SENTENCE
UNDER FIRST STEP ACT (COMPASSIONATE RELEASE)

## MEMORANDUM IN SUPPORT OF MOTION

### 1. INTRODUCTION

In a final attempt to present yet another fine
example of the apparent 'Deliberate Indeaverance' within the
F.C.I. Sheridan facility and in consideration of the ongoing
substantial limitations and absolute hinderance therein
placed upon the defendant — particularly "if" a serious health
condition is in deed present — the defendant hereby wishes
to enlighten those within this Honorable Court, that, to this
very day, Monday, December 7, 2020, there remains to be no
follow-up visits for Mr. Beebe with any medical staff
whatsoever within the F.C.I. Sheridan since the more recent
"evaluation" back on October 15, 2020, which the government
had diligently cited within its October 29th filing

1 of 14

('Government's Response To Defendant's Motion For Compassionate Release'),

This Honorable Court may recall from the defendant's previous Memorandum filed electronically back on November 11, 2020, ('Memorandum In Support of Emergency Motion To Reduce Sentence Under First Step Act') that during such evaluation, the defendant was assured of several things which were to subsequently occur. The medical examiner had even gone so far as to share access to her computer screen, revealing precisely where such "orders" were submitted to the good doctor, Dr Grosley:

· bloodwork had been ordered once again;
· a BMI index was to be scheduled;
· an alergy sampling study was to be scheduled;
· a stool sample "kit" was to be promptly delivered to the defendant by a nurse while conducting her daily rounds (very soon); and
· the defendant was told that any outside examinations would be ultimately up to Dr Grosley to authorize (ie, a liver scan

---

1 In fact, she further stated that a stool sample would be capable of effectively ruling out C diff colitis — which is a very deadly bowel problem and found to occur during or a few months following the use of antibiotics, as noted under 'WARNING' within the first paragraph of the Patient Medication Information sheet that accompanied the Clindamycin HCl 300 script. (See 'Exhibit A' attached herein).

2 of 14

and colonoscopy procedures), but the defendant, nevertheless, was assured that the good doctor would be notified of his concerns and requests for such outside medical consulting desires.

Naturally, nothing whatsoever of the sort has taken place since! Nothing. Almost two months following and yet nothing has been done to more broadly examine Mr. Beebe's health concerns.

Meanwhile, the defendant's conditions only continue to persist and in some ways appears to be worsening. *As usual, Mr. Beebe's last two 'Sick-Call Requests' have simply been ignored.

It is important to note that "if" cancer is the culprit, and too much time lapses before its discovery, than treatment may potentially be pointless. "If" severe scarring of the liver or the progression of cirrhosis exists, one could only guess as to what degree of damage could have been prevented had Mr. Beebe been provided with the Hepatitis C treatments (the "cure")...

It's equally important for this Honorable Court to acknowledge that such possible progression cannot be determined without appropriate medical diagnostic procedures (i.e, bloodwork and magnetic resonance imaging studies)... this is a Medical FACT. And once again, without

3 of 14

bloodwork, one has no idea of Mr. Beebe's CD4 cell count
factors either.

Without proper analysis of the defendant's vital organs,
colon, blood, and most specifically, his liver, with appropriate
diagnostics processes necessary in formulating a professionally
sound medical opinion ("medical diagnosis") as to "what,"
if any, medical "condition(s)" is or is not found to be
present within the defendant's physical, biological, mass
("body"), the "condition" (at present) of the defendant's liver
is quite simply unknown.'

Therefore, this data (vital by nature), is thereby
INCONCLUSIVE and UNKNOWN or "UNDETERMINED" at
this time. This is FACT. And such medical information
is necessary in deciding the defendant's 'Compassionate
Release' motion.

Quite simply put: the F.C.I. Sheridan facility is
providing unacceptable and unprofessional (inadequate)
substandardized care unto Mr. Beebe — regardless of
the level of care being provided to other fellow inmates
at F.C.I. Sheridan. But beyond that, it is unquestionably
a great hinderance to the defendant from a legal
standpoint, as it clearly prevents him from presenting
any solid, supporting medical "evidence" necessary for
properly demonstrating unto this Honorable Court that he is
more than capable of meeting his burden of producing

4 of 14

Such supporting medical findings ("data").

Without these tests and specialized diagnostic tools, there would remain "NO EVIDENCE" to be presented by Mr. Beebe. And this is an injustice. Pure and simple.

Furthermore, the government should never have put forth their previous arguments that the defendant "cannot meet his burden of producing medical evidence" and "Nor has he demonstrated that his Hepatitis C has progressed to the point at which it is significantly affecting his liver..." without going after such medical tests (to obtain such findings), as it's most certainly hindering Mr. Beebe's defense in such a way that is purely unjust! Frankly, the government should be embarrased by such claims and legal arguments.

To be clear, such tests will ultimately reveal the medical facts in this case: whether these facts favor or dis-favor the defendant, this Honorable Court would not thereby, hinder the defense of Mr. Beebe. (The court may very well find that (after obtaining an actual liver scan, for example), via appropriate medical diagnostic "MRI imaging studies," a professional, medical expert concludes that his/her findings suggest either "minimal liver damage with no scarring" or "no signs present of the progression of cirrhosis"). Either way it ends up, the data needs to

5 of 14

be obtained. This Honorable Court should provide the
defendant with the opportunity to procure this "vital
evidence."

    Once again, such statements and actions on
behalf of the government are absolutely disgraceful
and potentially deadly unto the defendant.
    Such feeble attempt to "pull the wool over the
defendant's eye" isn't merely a rather "slick approach
at law" for the government to resort to but an
obvious insult to his intelligence and a clear indication
that such tactic is likely frequented among many other
defendant's, as most would simply toss-in their hand and
succumb to such statements — so seemingly authoritative
by nature... A purely poor structure and flawed basis,
by all means!
    Clearly, the defendant is not only suffering a
bias from certain individual parties within the prosecution,
but also assumed to be rather ignorant to some degree.
    Based upon the forementioned factors herein, the
defendant hereby respectfully requests that this Honorable
Court warrant such 28% reduction based on the merit
of these facts.
    This Honorable Court should be compelled to
determine that the defendant has and does meet his
burden before this Honorable Court, thereby justifying

such determinations.

## II. ARGUMENT

It should be made clear that the defendant should be provided with the opportunity to freely and selectively obtain the more appropriate health care resources in which he deserves and is afforded under the 8th Amendment of the United States Constitution ~~without~~ further delay.

Alternatively, the F.C.I. Sheridan should be hereby ordered to conduct such nuclear studies (with MRI technology) of the defendant's physical, biological, mass ("body") and, likewise, provide bloodwork analysis testing, a colonoscopy procedure, and Hepatitis C treatments (the "cure").

If neither of these two options are met, than perhaps BOP (Grand Prarie, Texas) should be persuaded to immediately transfer Mr. Beebe to an appropriate medical facility on the east coast where such necessary health care may in deed be adequately provided.

Moreover, as the government has correctly pointed out within their October 29th argument, "while others can progress to cirrhosis (extensive scarring of the liver) within less than ten years,"

7 of 14

It is important to recognize the fact that Mr. Beebe's Hepatitis C was found nearly eight years ago (around April of 2013); now, 8 years later, the defendant's "condition" could very well have progressed and therefore may indeed increase Mr. Beebe's risk for severe illness from COVID-19... which could, in fact, equate to the type of chronic liver disease that is contemplated by CDC guidance.

In summary,

1) the Hepatitis C treatments (the "cure") has never been provided unto the defendant;

2) no bloodwork / CD4 cell count has been completed nor drawn as of yet;

3) continual retrograde of Mr. Beebe's colon disorders and somewhat increased kidney pains — dark yellow and orange-bloody urine more-and-more frequently occurring;

4) no confirmed appointments for any kind of outside (3rd party) medical attention (MRI's, colonoscopy exams);

5) no follow-up screenings have taken place, including the much promised

BMI study and allergy analysis
sampling; and
6) no stool sample "kit" has been
delivered unto the defendant as
promised nearly two month ago now.

To be clear, the primary goal of the
defendant all along has been directed toward
obtaining the appropriate Hepatitis C treatments
(the "cure"). Certainly, this is a perfectly normal
anticipated expectation of the defendant to
desire and seek from the BOP and the medical
staff within F.C.I. Sheridan. *Unfortunately, it
seems however, to be an impression that the
government has been quite seemingly oblivious
to this whole time since Mr. Beebe's initial
mail correspondence presenting both
considerable arguments and a wholesome plead
for "an accurate and complete medical diagnosis"
to be provided unto him — perhaps via direct
intervention from this Honorable Court...

Apparently a mismatch between
expectations and reality. *That perhaps is
the difficult part here.

If however, this Honorable Court is
unable to prevail through such measures of

9 of 14

intervention that would force the BoP or the
F.C.I. Sheridan facility to provide such care and
proper medical diagnosis, than, perhaps Mr. Beebe
should be given the ability to do so at his own
accord — outside of the constraints of BoP
and F.C.I. Sheridan — as afforded him under
the 8th Amendment of the United States
Constitution.

Failing to meet either of these "burdens"
may very well put Mr. Beebe at an increased
risk for contracting COVID-19 and/or wherein
such unanticipated further delay might
increase his risk to serious illness or death
should he contract COVID-19.

Once again, for the record, Mr. Beebe
hasn't alleged that these ailments warrant
his release, per se, he has merely alleged
rather that if he is not able to be
provided with the more appropriate health
care; the proper "optical imaging tests" (an
MRI); the much needed colonoscopy
procedure; bloodwork /c o 4 cell count analysis;
and Hepatitis C treatments (the "cure") as other
fellow BOP inmates are frequently and
consistantly provided with (and as afforded

10 of 14

Mr. Beebe under the 8th Amendment of the United States Constitution), than, a Compassionate Release should be granted unto Mr. Beebe so that he may freely and independantly seek and arrange such appropriate health care as deemed necessary.

*There's no reason whatsoever that the defendant should not be allowed to be given a clear medical explanation as to "what" might be going on that leads to the continual discomfort... the "suffering and often torturous pain" in which Mr. Beebe has been experiencing with his bowel movements and occasional kidney pain... leading him to frequently stop eating for 3+ days simply to avoid the distress! Currently, Mr. Beebe looks much like he did at around age 12 to 14... "skin and bones"... certainly unhealthy in appearance!

Mr. Beebe's 22-year-old son Giovanni and his mother Lisa are well aware of the present "situation" as it stands. *She has certainly put some effort into reaching out to the Honorable Robert E. Blackburn more recently to no avail, as the calls are simply not being routed.

Of course, this is understandable.

Once again, the defendant is simply unable to present any medical evidence before this Honorable Court, as he remains hindered with the inability to obtain any such conclusive findings — whether they're in support of his concerns over the possibility of serious underlying health conditions or in opposition of such concerns remains to be determined. Therefore, Mr. Beebe's physical health is quite literally UNDETERMINED. This is FACT.

The defendant further wishes to remind this Honorable Court once again that such unavailability of solid, accurate, medical data ("evidence"), should, without question, be deemed a hindrance to Mr. Beebe's defense in this matter and potentially fatal to his long-term health and overall "quality of life." *Certain medical conditions could quite conceivably limit the defendant's remaining lifespan. even if such potentially fatal condition(s) do not prove to be "The End" of the defendant's days on this Earth by delivering unto him certain death in the near future before the remaining two

12 of 14

years of his sentence comes to an end.

Either way, as time passes, additional damage to Mr. Beebe's liver is certainly taking place — even if minimal. Damage however, which could have been prevented up until this point, long ago by simply providing Mr. Beebe with the necessary Hepatitis C treatments (the "cure").

Therefore, the defendant herein requests that these necessary, (vital) medical tests and examinations be hereby ordered to be conducted at this time without any further delay and ongoing discomfort unto the defendant; otherwise, the defendant respectfully asks this Honorable Court to find that his burden has been met and grant his immediate release to minimize further ongoing damage unto the defendant's liver, allowing him to seek out appropriate health care on his own.

Furthermore, it has already been determined that none of the mentioned "holds" or "warrants" are in any way subject to extraditionary procedures being taken by any of the courts, agencies, or police departments involved.

Attached herein is a summary of such within 'Exhibit B', along with the previous Exhibit A' material in reference to the Clindamycin HCl 300 prescription and the defendants BP-8 form that was submitted internally at the F.C.I. Sheridan facility back on September 30, 2020, as discussed within the defendant's previous Memorandum which was electronically filed on November 11, 2020.

Dated this 7th day of December, 2020.

"Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff comfort me."
— PSALMS 23:4

Respectfully submitted,
JAIMIE JON BEEBE
12/07/20
#79601-051
F.C.I. Sheridan

Summerized Points of Relevance

2007 SAN BERNARDINO, CALIFORNIA
    San Bernardino County Superior Court
    *Shoplifting at a Wal-Mart store
    Case # MSB 703433

2007 HUNTINGTON BEACH, CALIFORNIA
    Orange County Superior Court
                    and
    Huntington Beach Police Department
    Case # 07WMO7791
    *D.U.I.
*** Back on 11-23-2019 an effort was made to send out
a 'Detainer Action Letter' ... on 12-20-2019 their response
came back to F.C.I. Sheridan ... "We do not wish to place a
detainer." (A copy is attached herein — see 'Exhibit B').

2012 CHAMA, NEW MEXICO
    Chama Magistrate Court
    *Unauthorized camp fire in state recreational park
    (camping & fishing grounds); and
    *Unorderly noise disturbance after 10:00 P.M.
    Case # M-191-MR-2012-00095 & M-191-MR-2012-00101

<u>Summarized Points of Relevance</u>

    The narrative presented by either F.C.I. Sheridan or the government within their October 29th filing ('Government's Response To Defendant's Motion For Compassionate Release') states on page 17 "BOP has reached out to these jurisdictions to determine if they intend to take custody of the defendant should he be released by this Court, but won't receive an answer to that question unless and until this Court decides to release the defendant." Just before such false remarks or statements ... "indicates that the defendant has pending charges out of at least three different jurisdiction[s]." ... ECF 270 at 19.

    Now, this is actually quite worth paying close attention to because when considered along with the original copies of the BOP/F.C.I. 'Detainer Action Letters' that were sent out back on 11-23-2019 to all of those jurisdictions, the only one which was responded to was the DUI case (#07WM07791) from Huntington Beach, (Orange County) California — which clearly indicated "We do not wish to place a detainer," within their response on 12-20-2019 ... a month following the request.

    *Perhaps the case manager, Mrs. Ayola, was the person behind such false, misleading statements of facts. *Clearly, there exists a great deal of deception going on here!

# EXHIBIT A

**PATIENT MEDICATION INFORMATION**

Clindamycin HCl 300 MG Cap

186570-SHE

GENERIC NAME: Clindamycin Capsules (klin da MYE sin)

WARNING: Diarrhea is common with antibiotics. Rarely, a severe form called C diff-associated diarrhea (CDAD) may happen. Sometimes, this has led to a deadly bowel problem (colitis). CDAD may happen during or a few months after taking antibiotics. Call your doctor right away if you have stomach pain, cramps, or very loose, watery, or bloody stools. Check with your doctor before treating diarrhea. COMMON USES: It is used to treat or prevent bacterial infections.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you have an allergy to lincomycin, clindamycin, or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If you have meningitis. This drug is not used to treat meningitis. This drug may interact with other drugs or health problems. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. Take with or without food. Take with food if it causes an upset stomach. Take with a full glass of water. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Do not refrigerate or freeze. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have your blood work checked if you are on this drug for a long time. Talk with your doctor. This drug does not treat the common cold. Do not use longer than you have been told. A second infection may happen. If you are allergic to tartrazine, talk with your doctor. Some products have tartrazine. A severe and sometimes deadly reaction has happened. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. If you have questions, talk with the doctor. If you are 60 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Joint pain or swelling. Not able to pass urine or change in how much urine is passed. Yellow skin or eyes. Swollen gland. Vaginal itching or discharge. A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Stomach pain or diarrhea. Upset stomach or throwing up. Bad taste in your mouth. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

OVERDOSE: If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Copyright 2020 CDI, LLC. All rights reserved.
All rights reserved.
Issue Date: March 4, 2020

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

## INFORMAL RESOLUTION

<u>NOTICE TO INMATE:</u>  You are advised that prior to filing a Request for
Administrative Remedy Form (BP-9), you <u>MUST</u> attempt to informally resolve
your complaint through your Correctional Counselor except for UDC/DHO
related concerns.

1.  <u>Beebe, Jaimie Jon</u>     <u>79601 - 051</u>     <u>2-B</u>     <u>09/30/20</u>
    Inmate Name              Register Number    Unit     Date

2.  **State below Your Specific Complaint:**
Constant stomach and kidney pain; problems with bowel movements; difficulty
urinating properly; bloody stools; continual and very frequent vomiting;
frequent diarrhoea (2 to 5 times per week now); pain in my anus; near
daily numbness and tingling pain in my fingers, feet, toes that won't go away.

3.  **State What Action You Want Staff to Take to Correct the Situation.**
Provide me the HEP-C treatments; get me a scheduled colonoscopy with
an outside medical facility (gastroenterologist) and a general magnetic
resonance imaging (MRI) scan from an outside professional.

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**
More than a dozen sick-call / Inmate Requests over the previous
6 months; formal discussions with warden J. Salazar over the past
10 months; and a sentence reduction request to the late warden so that I may
seek appropriate medical care on my own accord and at my own expense.
*********************************************************************************

5.  Advice to inmate regarding complaint (include Program Statement number if
    applicable):

HEALTH SERVICES IS AWARE OF YOUR MEDICAL CONCERNS. AN APPOINTMENT WAS MADE FOR YOU

TO RECEIVE A MEDICAL EVALUATION ON 6/13/20 & 8/20/20, WHICH YOU REFUSED TO ATTEND. SINCE

THEN 3 COP-OUTS HAVE BEEN RECV'D DATED 9/28/20, AND ANOTHER FUTURE APPOINTMENT HAS

BEEN MADE FOR YOU. YOU MUST REPORT WHEN REQUESTED TO RECEIVE MEDICAL ATTENTION.

6.  Informal Resolution WAS / WAS NOT accomplished(Circle One)

_____ 10-12-2020                    _____ 10-15-20   M. MORGAN, AHSA 10/9/20
Correctional Counselor Date           Unit Manager   Date

I suggest you submit a request for another
appointment. Per medical staff, you
were seen for an appt.
today 10-15-20.

# EXHIBIT B

BP-A0394
APR 10

**DETAINER ACTION LETTER**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| TO: | | Institution | |
|---|---|---|---|
| San Bernardino County Superior Court 477 Summit Blvd Big Bear Lake, CA 92315 | | FCI SHERIDAN CSD/RECORDS P.O. BOX 8000 SHERIDAN, OR 97378 | |
| | | Date | 11/23/2019 |
| Case/Dkt# | Inmate's Name | Fed. Reg. No. | DOB/SEX/RACE 01-02-1972 |
| MSB703433 | BEEBE, JAIMIE J | 79601-051 | |
| Aliases | | Other No. | |
| | | FBI NO..: 628912LA8 | |

The below checked paragraph relates to the above named inmate:

☑ This office is in receipt of the following report: PER PSR Par. 89 12/13/2007: Failed to Appear. Defendant declared fugitive .

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If youhave no further interest in subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____. Release is tentatively scheduled for _____

however, we will again notify you no later than 60 days prior to actual release. To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to this Institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☑ Other:

Inmate is now located at FCI- Sheridan, Sheridan Oregon. Rel Date is 01-26-2023 If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have if lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

Sincerely,

Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF                    Prescribed by P5800                    (Replaces BP-394(58) dtd MAR 03)



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Institution*

*P.O. Box 9000*
*17032 Baltzam Road*
*Sheridan, OR 97378*

Official Business

PORTLAND
OR 972

26 NOV 2019
PM 6 L

RECEIVED

DEC 1 0 2019

DISTRICT ATTORNEY'S OFFICE
WEST JUSTICE CENTER

U.S. POSTAGE
$ 000.50⁰
NOV 26 2019
MAILED FROM ZIP CODE 97378

92703-451251

BP-A0394
APR 10

**DETAINER ACTION LETTER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO:<br>Orange County Superior Court<br>751 W Santa Ana Blvd<br>Santa Ana, CA 92701 | | Institution<br>FCI SHERIDAN CSD/RECORDS<br>P.O. BOX 8000<br>SHERIDAN, OR 97378 | |
|---|---|---|---|
| | | Date | 11/23/2019 |
| Case/Dkt# | Inmate's Name | Fed. Reg. No. | DOB/SEX/RACE<br>01-02-1972 |
| 07WM07791 | BEEBE, JAIMIE J | 79601-051 | |
| Aliases | | Other No.<br>FBI NO..: 628912LA8 | |

The below checked paragraph relates to the above named inmate:

☑ This office is in receipt of the following report: PER PSR Par. 90 12/04/2007: Warrant issued for failure to Appear- Unknown Disposition .

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If youhave no further interest in subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____
_____. Release is tentatively scheduled for _____

however, we will again notify you no later than 60 days prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____
Notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to this
institution on _____ to serve _____ for the offense of
_____ . If you wish your
_____ filed as a detainer, please return it to us with a cover letter stating your desire to
have it placed as a hold or indicate you have no further interest in the subject.

☑ Other:

Inmate is now located at FCI- Sheridan, Sheridan Oregon. Rel Date is 01-26-2023 If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

*We do not wish to                  12-20-19*
*Place a detainer*

Sincerely,

Inmate Systems Manager

Original - Addressee; Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF                                    Prescribed by P5800

(Replaces BP-394(58) dtd MAR 03)

BP-A0394
APR 10

**DETAINER ACTION LETTER**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| TO:<br>Huntington Beach Police Department<br>2000 Main St<br>Huntington Beach, California 92648 | | Institution<br>FCI SHERIDAN CSD/RECORDS<br>P.O. BOX 8000<br>SHERIDAN, OR 97378 | |
| --- | --- | --- | --- |
| | | Date | 11/23/2019 |
| Case/DR# | Inmate's Name | Fed. Reg. No. | DOB/SEX/RACE<br>01-02-1972 |
| 07WM07791 | BEEBE, JAIMIE J | 79601-051 | |
| Aliases | | Other No.<br>FBI NO..: 628912LA8 | |

The below checked paragraph relates to the above named Inmate:

☑ This office is in receipt of the following report: PER PSR Par. 90 12/04/2007: Warrant issued for failure to Appear- Unknown Disposition .

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If youhave no further interest in subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____
_____ Release is tentatively scheduled for _____

however, we will again notify you no later than 60 days prior to actual release. To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____
Notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____ .

☐ I am returning your _____ on the above named inmate who was committed to this
institution on _____ to serve _____ for the offense of
_____ . If you wish your
_____ filed as a detainer, please return it to us with a cover letter stating your desire to
have it placed as a hold or indicate you have no further interest in the subject.

☑ Other:
Inmate is now located at FCI- Sheridan, Sheridan Oregon. Rel Date is 01-26-2023 If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have if lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

Sincerely,

Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF Prescribed by P5800 (Replaces BP-394(58) dtd MAR 03)

BP-A0394
APR 10

**DETAINER ACTION LETTER**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| TO:<br>Chama Magistrate Court<br>2332 NM-17<br>Chama, NM 87520 | | Institution<br>FCI SHERIDAN CSD/RECORDS<br>P.O. BOX 8000<br>SHERIDAN, OR 97378 | |
|---|---|---|---|
| | | Date | 11/23/2019 |
| Case/Dkt# | Inmate's Name | Fed. Reg. No. | DOB/SEX/RACE<br>01-02-1972 |
| M-191-MR-2012-00095 &M-19 | BEEBE, JAIMIE J | 79601-051 | |
| Aliases | | Other No.<br>FBI NO..: 628912LA8 | |

The below checked paragraph relates to the above named inmate:

☑ This office is in receipt of the following report: PER PSR Par. 85 & 86 Warrant issued: M-191-MR-2012-00095 &M-191-MR-2012-00101 .

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If youhave no further interest in subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____
_____. Release is tentatively scheduled for _____

however, we will again notify you no later than **60 days** prior to actual release. To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____
Notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to this
institution on _____ to serve _____ for the offense of
_____ . If you wish your
_____ filed as a detainer, please return it to us with a cover letter stating your desire to
have it placed as a hold or indicate you have no further interest in the subject.

☑ Other:
Inmate is now located at FCI- Sheridan, Sheridan Oregon. Rel Date is 01-26-2023 If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have if lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

Sincerely,

Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF               Prescribed by P5800               (Replaces BP-394(58) dtd MAR 03)



**Individualized Needs Plan - Program Review**     (Inmate Copy)     SEQUENCE: 01931282
Dept. of Justice / Federal Bureau of Prisons     Team Date: 10-29-2020
Plan is for inmate: BEEBE, JAIMIE J   79601-051

|  |  |  |
|---|---|---|
| Facility: | SHE SHERIDAN FCI | Proj. Rel. Date: 02-10-2023 |
| Name: | BEEBE, JAIMIE J | Proj. Rel. Mthd: GCT REL |
| Register No.: | 79601-051 | DNA Status: ENG04417 / 01-09-2015 |
| Age: | 48 | |
| Date of Birth: | 01-02-1972 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Pending Charges**

PSR Par

80 Case No. 95028103mm10A -Unknown Disp. Broward County court, Fort Lauderdale FL.

85 Case No. M-191-MR-2012-00095-3-15-2013 Warrant Issued. Chama Magistrate court New Mexico.

89 Case No. MSB703433 12/13/2007 Fugitive San Bernardino County, CA.

90 Case No. 07WM07791 12/04/2007 Warrant Issued for Failure to Appear.

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | FCI LAND W | LANDSCAPE WEEKEND | 05-07-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | ESL HAS | ENGLISH PROFICIENT | 08-09-2017 |
| SHE | GED DN | DROPPED GED NON-PROMOTABLE | 11-21-2018 |
| SHE | GED UNSAT | GED PROGRESS UNSATISFACTORY | 04-16-2018 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SHE | C | POWER YOGA BEGINNING | 10-15-2018 | 12-19-2018 |
| SHE | W | GED FCI-M 1:30PM. MON-FRI. | 11-15-2017 | 11-21-2018 |
| SHE | C | HLTH AND NUTR. SELF STUDY SHU | 10-18-2018 | 10-19-2018 |
| SHE | W | MICROSOFT OFFICE COMPLETE | 01-19-2018 | 01-24-2018 |
| SHE | W | MICROSOFT WORD AM 2 | 01-19-2018 | 01-24-2018 |
| SHE | C | TYPING 7:30-9AM | 12-22-2017 | 12-22-2017 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-12-2015 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-14-2017 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-02-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-02-2017 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-25-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 07-03-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 07-19-2018 |

**FRP Details**

 **Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BEEBE, JAIMIE J   79601-051

SEQUENCE: 01931282
Team Date: 10-29-2020

| Most Recent Payment Plan | | | | |
|---|---|---|---|---|
| **FRP Assignment:** | **REFUSE** | **FINANC RESP-REFUSES** | | **Start: 06-15-2020** |
| Inmate Decision: | **AGREED** | $25.00 | | Frequency: **QUARTERLY** |
| Payments past 6 months: | $0.00 | | Obligation Balance: **$3,992,010.00** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST FV | $3,841,935.00 | $3,841,935.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | FINE | $150,000.00 | $150,000.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $48.30          Payments commensurate ?   N

New Payment Plan:   ** No data **

**Progress since last review**

Mr. Beebe has maintained clear conduct. Due to COVID-19 Programing for inmates has been minimal. Since the last review, there has been no progress made towards completion of recommended goals. He has not participated in any classes since October 2018. He has dropped from his GED class and is currently GED Unsat. Has not saved any funds in his pre-release account. Has not requested a certified copy of his birth certificate or SS card for release ID. Has made no attempts to clear up his pending charges.

**Next Program Review Goals**

By 4/2021 or as soon as programing Permits, Re-enroll in GED, Save $5 per month for release preparation. Maintain clear disciplinary conduct and continue to satisfy his financial obligations. Request a certified copy of birth certificate and SS Card for release ID. Attempt to clear pending charges and have documents sent in via the courts for central file.

**Long Term Goals**

By 2/2023 Maintain clear conduct, have saved at least $180 for release. Have completed your GED through education. Complete all financial obligations. Clear up all pending matters prior to release and have documentation sent in by courts for central file.

**RRC/HC Placement**

No.
Management decision - Will consider 17-19 months of PRD.

**Comments**

06-10-19/B, CRAY 2CC/6MO=5.61, BAL=5.82/FRP=PART 25 QU
01-13-19/B, CRAY 2CC/6MO=13.10, BAL=.89/FRP=PART 25 QU
07-16-18/B, CRAY 2 CC/6MO=22.75, BAL=1.39/CELL=1
Inmate Beebe will be reviewed for direct home confinement and RRC placement 17-19 months prior to release.



# Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: BEEBE, JAIMIE J  79601-051

**SEQUENCE: 01931382**
**Team Date: 05-20-2020**

| | | |
|---|---|---|
| Facility: | SHE SHERIDAN FCI | Proj. Rel. Date: 02-10-2023 |
| Name: | BEEBE, JAIMIE J | Proj. Rel. Mthd: GCT REL |
| Register No.: | 79601-051 | DNA Status: ENG04417 / 01-09-2015 |
| Age: | 48 | |
| Date of Birth: | 01-02-1972 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Pending Charges

PSR Per

80 Case No. 95028103mm10A -Unknown Disp. Broward County court, Fort Lauderdale FL.

85 Case No. M-191-MR-2012-00095-3-15-2013 Warrant issued. Chama Magistrate court New Mexico.

89 Case No. MSB703433 12/13/2007 Fugitive San Bernardino County, CA.

90 Case No. 07WM07791 12/04/2007 Warrant issued for Failure to Appear.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | FCI LAND W | LANDSCAPE WEEKEND | 05-07-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SHE | ESL HAS | ENGLISH PROFICIENT | 08-09-2017 |
| SHE | GED DN | DROPPED GED NON-PROMOTABLE | 11-21-2018 |
| SHE | GED UNSAT | GED PROGRESS UNSATISFACTORY | 04-16-2018 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SHE | C | POWER YOGA BEGINNING | 10-15-2018 | 12-19-2018 |
| SHE | W | GED FCI-M 1:30PM, MON-FRI. | 11-15-2017 | 11-21-2018 |
| SHE | C | HLTH AND NUTR. SELF STUDY SHU | 10-18-2018 | 10-19-2018 |
| SHE | W | MICROSOFT OFFICE COMPLETE | 01-19-2018 | 01-24-2018 |
| SHE | W | MICROSOFT WORD AM 2 | 01-19-2018 | 01-24-2018 |
| SHE | C | TYPING 7:30-9AM | 12-22-2017 | 12-22-2017 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 11-26-2019 | 219A : STEALING |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-12-2015 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-14-2017 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-02-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-02-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-25-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 07-03-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 07-19-2018 |

## FRP Details