IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 28 2022
JEFFREY P. COLWELL
CLERK

THE UNITED STATES OF AMERICA,
Plaintiff,

v.

JAIMIE JON BEEBE,
Defendant.

Case No. 14-cr-00161-2

'Motion To Prevent Public Access - Under Local Colorado Rule(s)'

COMES NOW, the defendant, JAIMIE JON BEEBE (in pro-se forma), whom hereby wishes to move the Honorable court to grant this 'Motion To Prevent Public Access' with a Level-2 restriction.

Due to the many details disclosed within the defendant's two (2) subsequent motions, Mr. Beebe respectfully asks this court to seal these motions from public record.

Mr. Beebe hereby requests that all of the mentioned "Emergency circumstances" pertaining to the defendant's personal family matters, (including names and identities of said family members, vital statistics details and all other private information) be kept sealed from public access for the purpose of protecting those persons and their whereabouts, etc.

Respectfully submitted,

JAIMIE JON BEEBE
11/23/2022

1 OF 1