IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 28 2022
JEFFREY P. COLWELL
CLERK

THE UNITED STATES OF AMERICA,
  Plaintiff,
v.
JAIMIE JON BEEBE,
  Defendant.

Case No. 14-cr-00161-2

'Motion To Transfer the Jurisdiction of the Defendant's Supervised Release Term'

    COMES NOW, the defendant, (pro-se) JAIMIE JON BEEBE, whom hereby wishes to move the Honorable court to grant an order to transfer the designated jurisdiction for Mr. Beebe's 3-year term of Supervised Release ("Probation") for a number of factors, as follows.

    Whereas, as noted within the defendant's PSIR, the majority of his adult life was spent in south Florida since as far back as 1991. From 1991 to 1998 the defendant had maintained a monogomous relationship with LISA MARIE SCIPIONE. Of this union, the couple had one child, a son, named GIOVANNI FIORELLO SCIPIONE, whom was born on September 14, 1998 at the Cook County Hospital in Chicago, Illinois.

    Because Mr. Beebe was wanted by the Broward county prosecutors office for Grand Theft, investigators were searching public records and

inquiring as to the whereabouts of the defendant through various known contacts of his. Since Mr. Beebe had been living "off-the-grid" as far back as 1990, and as a further normal precaution, he'd instructed LISA MARIE SCIPIONE to state "father unknown" on both the hospital certificate and with those within the vital statistics office.

Back on September 30, 2022, the child's mother died from stage-4 lung cancer which had mutated; spreading to her rib cage and vital organs. In those last couple of weeks, her social worker and medical doctors had apparently informed Giovanni that her condition was 'terminal' and had stated to him that "her near immediate death was determined to be an absolute certainty" and was expected to occur very soon. Shortly before her death, her doctors informed Giovanni that she would die within hours to days should she be taken off of life-support systems. She died only 9 days following her 53rd birthday. She was Giovanni's sole caregiver.

Giovanni is autistic and suffers from serious mental and social challenges. During his early childhood, he was diagnosed with 'Level 2' autism, among other social (psychological and neurological) developmental disorders. In a way, it's much like Down syndrome.

Mr. Beebe's son is a disabled individual (over age 22)

that requires a constant caregiver.

These unexpected circumstances coupled with Giovanni's neurological disorders and social limitations thereby place him at risk of abuse, neglect, manipulation, verbal and/or physical assault, etc.

Moreover, Giovanni had often conveyed time and time again to his mother that he really wanted his father to come back to Florida, and a few times, he'd asked the defendant not to move to Denver, D.C. or anywhere else. For the past several months now, Giovanni has been asking Mr. Beebe if he could "please ask the judge to let them live together in Florida" and "please come and live in Florida." Giovanni wants to live with his father very much.

The defendant asks the court herein to allow him to go back to Florida upon his release so that he may begin to rebuild his life with his son.

For the record, the defendant has absolutely no promising professional employment options in the greater Denver community, and he certainly doesn't look forward to being forced to re-locate his life to the state of Colorado — away from his son — either.

Mr. Beebe has, however, many solid ties within the tri-county region of Palm Beach/Broward/Dade counties and much opportunity, as he's lived in south Florida the

majority of his adult life going as far back as 1991.

There are also several interesting and attractive employment opportunities for Mr. Beebe within the big tech marketplace. South Florida is presently flooded with several dozen technology firms from startups to major industry leaders.

Mr. Beebe has a rather extensive background in computer science; optical physics; electrical engineering; circuit design; computer networking; CCD surveillance wiring (video camera security setup); wi-fi installations; troubleshooting; IT services; prototyping; mechanical engineering; web design; search engine optimization; and software/mobile app design (coding) in many languages including: MEL, Perl, Python, Cobalt, Ajax, java and Unix. Mr. Beebe also has fluent graphics design skills.

One of the greater ambitions of Mr. Beebe's involves his plans of eventually launching a new and unique computer periphial interface device which will prove to be much more popular than any other periphial interface ever introduced. In particular, every small, medium and large company enterprise will adopt this powerful tool and it will quickly become as common within the workplace environment as a traditional mouse. The device uses sensors, lasers, algorithms and complex mathematics to allow one's hand movements to be interpreted in real-time for their

intended application when conducting any sort of video or white-board presentations.

Upon release, Mr. Beebe will immediately secure a professional position with a technology-based company while very quickly selling his personal art collection and inventory to private parties, local restaurants, museums and galleries throughout the south Florida region.

*South Florida is a great market for the art in which Mr. Beebe can produce. Once Mr. Beebe gets settled in south Florida with his son, he will publicly offer several "expressionism" works which is Mr. Beebe's specialty, including:

- highly-abstract motifs
- human figures
- larger-than-life portraits (fine art)
- sculptures (statues & busts)
- provocative art pieces
- wild life scenes (fine art)
- landscapes (fine art)
- 3-D renderings
- technical illustrations
- company logo designs
- mosaic's
- mixed media

    Mr. Beebe has no desire whatsoever in either orchestrating or being involved with any criminal conduct of any kind. Since 2013, Mr. Beebe has 'gone legit,' and he looks forward to living a positive, healthy and honest lifestyle and looking after his son.

    Beyond his passion for technology innovation, Mr. Beebe has produced beautiful works of art since age 5 and exceptional romantic poetry since age 18. His artistic style is absolutely unique in his ability to truly "capture" the pure essence of one's expressions and features — revealing their inner self. Mr. Beebe's talent allows him to produce "masterpiece" fine art portraits; bringing his works to life in true 3-D rendered form with stunning shadow and light effects. Mr. Beebe's portrait works are shaped entirely around "expressionism". Photo quality, lively portraits in graphite or colored pencil (full color).

    Mr. Beebe would very much like to teach this artistic ability to his son the way Mr. Beebe's mother taught him.

    \*    \*    \*

> "The will to persevere is often the difference between failure and success."
> — David Sarnoff

> "Some pursue happiness.
> Others create it."
> — Ann Landers

\* \* \*

Furthermore, it is the defendant's deepest hope that this motion is found to hold merit for the swift actions it requests.

It is critical for both the defendant and his son that this court allow for Mr. Beebe's Probation term to be formally transferred to the southern district of Florida without delay where he and his disabled son, Giovanni would reside.

Below, please find the contact details for the defendant's biological son:

GIOVANNI FIORELLO SCIPIONE
2944 N.W. 28th Terrace,
Oakland Park, FL. 33319

Phone: 954.821.2574

Respectfully submitted,

JAIMIE JON BEEBE
11/23/2022