FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2022

JEFFREY P. COLWELL
CLERK

TO: The Honorable Court of Robert E. Blackburn

FR: JAIMIE JON BEEBE

RE: Compassionate Release ~ Supervised Release Transfer of Venue

It is my genuine opinion and deepest "hope" that the motions enclosed herein may adequately demonstrate before this Honorable court that in light of the present débâcle concerning my son, (Giovanni Fiorello Scipione), being disabled and thereby immediately requiring a caregiver, the granting of said motions may be deemed to rationally serve such purpose in view of the alternative by way of merely denying such requests.

Should I be allowed to formally transfer my 3-year 'Supervised Release' probation term to the southern district of Florida at this time, from the outset, I shall implement various daily lessons and set clear objectives for my son to meet in great efforts to properly teach him "the act of living" in today's society. In specific, I look to fashion the broadest possible range of subject matter with quantitative data findings, industry reports, study results and deep analysis to effectively promulgate this mission.

It is vitally necessary for my son, Giovanni to

1 OF 2

begun to intimately understand the dynamic world in which he lives in. Giovanni has quite simply been sheltered for too many years. He's not yet prepared to face the world around him as he lacks the knowledge and the tools to support himself and function in a normal sense without being properly prepared.

The motions herein sort of elaborate on this point and explain much of the depth of mental disability in which he suffers.

The courts ruling on this matter in favor is absolutely critical at this time to the physical safety and immediate and long-term mental health of my son whom desperately needs his father, now, more than ever before.

It is my heartfelt desire to fulfill this mission.

Many thanks for the courts time and consideration with this matter.

Sincerely,
Jaimie Jon Beebe

11/23/2022

2 of 2

CERTIFIED

LEGAL MAIL

The Honorable, Robert E. Blackburn
Room A-1001,
Alfred Arraj U.S. Federal Courthouse
901 19th Street,
Denver, CO. 80294

LEGAL MAIL

Jaimie Jon Beebe
#79601-051
Federal Correctional Institution Sheridan
P.O. Box 5000
Sheridan, OR. 97378

LEGAL MAIL

SHU