IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAIME J. BEEBE,

    Defendant.

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT AND ATTACHMENT

The United States of America, by and through undersigned counsel, respectfully moves to restrict the document and attachment, any order revealing the contents of the document and attachment, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 2" restriction**, which would make the document and attachment, any order revealing

//

//

//

1

the contents of that document and attachment, and the brief filed in support of this motion "viewable by parties and court" only.

Respectfully submitted this 10th day of January, 2023.

COLE FINEGAN
United States Attorney

s/ *Martha A. Paluch*

By:  Martha A. Paluch
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail:  Martha.paluch@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

        I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record.

        *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
(303) 454-0100
FAX: (303) 454-0402
Email: Martha.paluch@usdoj.gov
Attorney for the government

3