IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JAIME J. BEEBE,

    Defendant.

## ORDER TO RESTRICT DOCUMENT AND ATTACHMENT

This matter is before the Court on the Government's Motion to Restrict Document and Attachment. Upon consideration and for good cause shown,

IT IS ORDERED that said document and attachment, the government's Brief in Support of Motion to Restrict Document and Attachment, as well as any order revealing the contents of that document and attachment, are hereby restricted until further order by the Court.

IT IS ORDERED that (1) the document and attachment, (2) the brief in support, and (3) any order revealing the contents of the document and attachment shall be restricted to a "Level 2" and will be "viewable by parties and court" only.

IT IS SO ORDERED on this ____ day of January, 2023.

_____
THE HONORABLE ROBERT E. BLACKBURN
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO