# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-161-REB-2

**UNITED STATES OF AMERICA**,

    Plaintiff- Respondent,

v.

Jaimie J. Beebe

    Defendant- Movant

---

**MOTION TO WITHDRAW BASED ON COMPLETION OF LIMITED REPRESENTATION**

---

Defense counsel was appointed to represent Mr. Beebe pursuant to General Order 2020-7 on December 10, 2022. (ECF #289).  Defense counsel has determined that a supplement to Mr. Beebe's request for compassionate release under Section 603(b) of the First Step Act of 2018, 18 U.S.C. §§ 3582(c) and (d) is not appropriate.  The specific reasons for this determination have been communicated to Mr. Beebe. On the same day of this filing, February 2, 2023, defense counsel provided notice and a copy of this filing and was clear to inform Mr. Beebe that he "is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules." D.C.Colo LAtty R5(b). For these reasons, defense counsel seeks to withdraw from representation of Mr. Beebe in case 14-cr-161-REB-2.

DATED this 2nd day of February 2023.

                                                      Respectfully submitted,

                                                      By: s/Kelly Meilstrup
                                                      Kelly Meilstrup
                                                      2nd-Chair, LLC
                                                      1600 Stout Street Suite 1400
                                                      Denver, CO 80202
                                                      Telephone: 858-204-6375
                                                      KellyM@2nd-chair.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2023. I filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office
Attorney for the Government

I further certify that on 2nd day of February 2023 that a copy of this Motion to Withdraw wase placed in the U.S. Mail, postage pre-paid and addressed to the following:

**Jaimie J. Beebe**
#79601-051
SHERIDAN-FCI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5000
SHERIDAN, OR 97378

                                                    s/Kelly Meilstrup
                                                    Kelly Meilstrup
                                                    2nd-Chair, LLC
                                                    Denver, Colorado