PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Waiver of Hearing to Modify Conditions
## Of Supervised Release

I, Jaimie J. Beebe, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release, or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1. You will be monitored by Global Positioning System (GPS) technology as determined by the probation officer for a period of 120 days. You must abide by all technology requirements and follow the rules and regulations of the location monitoring program. You must pay the costs of the program based on your ability to pay. Unless required by other court-imposed conditions of supervision, you are not restricted to your residence by a specified schedule; however, you must comply with any location or travel restrictions imposed by the court (stand-alone monitoring)

2. You must submit your person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Witness _____     Signed _____
(U.S. Probation Officer)                              Supervised Releasee

_____
03/06/2023
(Date)