IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jaimie J. BEEBE,
A/K/A Jaime J. GREENE
A/K/A Robert PERELLO
A/K/A Bobby PERELLO
A/K/A Robert VISCONTI
A/K/A Anthony CARAMANNA

    Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION**

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1. You will be monitored by Global Positioning System (GPS) technology as determined by the probation officer for a period of 120 days. You must abide by all technology requirements and follow the rules and regulations of the location monitoring program. You must pay the costs of the program based on your ability to pay. Unless required by other court-imposed conditions of supervision, you are not restricted to your residence by a specified schedule; however, you must comply with any location or travel restrictions imposed by the court (stand-alone monitoring).

2. You must submit your person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to

submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

FURTHER ORDERS that all terms and conditions of supervised release previously imposed remain in full force and effect.

DATED at Denver, Colorado, this  9th  day of March, 2023.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
Senior United States District Judge