

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2023

JEFFREY P. COLWELL
CLERK

14-cr-161-REB
#302

FIRST-CLASS MAIL
$00.60
ZIP 80294
041L11245087

neopost
04/25/2023
USIPOSTAGE

DENVER CO 802
26 APR 2023 PM 8 L

PRESENCE OF THE
INMATE

Jaimie J. Beebe
#79601-051
SHERIDAN-FCI
FEDERAL CORR
Inmate Mail/Pa
P.O. BOX 5000
SHERIDAN, OR

NIXIE      971   D2  1       0005/06/23
              RETURN TO SENDER
              NO MAIL RECEPTACLE
              UNABLE TO FORWARD
BC: 80294256699      *1579-03359-06-17